(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Event Marketing Group, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Blasco | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>46-0477222 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1203 Butterfield Road<br>Downers Grove, IL 60515-1032 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Du Page | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor  Same<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other___ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/13/2004
Time: 16:02:04
Debtor: EVENT MARKETING GROUP ]
Case: 04-30210      Fee : 209
Chapter: 7 Rec. # : 3096923
Judge: John Squires
341 mtg: 09/23/2004 @ 02:00PM
Trustee: BRENDA PORTER-HELMS

1:04BK30210-BK001

(Official Form 1) (12/03)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Event Marketing Group, Inc.

FORM B1, Page 2

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _[signed]_____
Signature of Attorney for Debtor(s)
L. Judson Todhunter 2840510
Printed Name of Attorney for Debtor(s)
Defrees & Fiske
Firm Name
200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2480
Address
312-372-4000  Fax: 312-939-5617
Telephone Number
August 13, 2004
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_____
Signature of Authorized Individual
John Blasco
Printed Name of Authorized Individual
President
Title of Authorized Individual
August 13, 2004
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          )
                                )
EVENT MARKETING GROUP, INC.     )    Bankrutpcy No.
                                )
            Debtor.             )
                                )

## LIST OF CREDITORS

Action Piano
625 Midnight Pass
Antioch, IL 60002

Alex Schubow
186 Blueberry Rd.
Libertyville, IL 60048

American Sejung Corp.
295 Brea Canyon Road
Walnut, CA 91789

Ana Rocio Calderon
2318 S. Sawyer
Chicago, IL 60623

Andrea Porter
6203 Santa Barbara Ct.
Plainfield, IL 60544

Annetta Reed
19428 Lakelinwood Dr.
Lynwood, IL 60411

Arthur Matraszek
611 Hillside Pl
Glenview, IL 60015

Aurora Faith Center
248 S. Highland
Aurora, IL 60506

Baldwin Piano
309 Plus Park Blvd
Nashville, TN 37217

Beytekin Alim
21327 W. Creston Ct.
Plainfield, IL 60544

232777.1

Binghua Ju
3746 S. Wallace St.
Chicago, IL 60690

Bob Simpson
8960 S. California
Evergreen Park, IL 60805

Brooke Reily
3115 Lynette Ln
Island Lake, IL 60042

Bruce Beavis
311 W. Belden Ave.
Chicago, IL 60614

Bryon Gregory
1833 Pheasant
Flossmoor, IL 60422

C-Mack Construction
819 Mary Burne Dr.
Sauk Village, IL 60411

C-Mack Construction
819 Mary Burne Dr.
Sauk Village, IL 60411

Carla McGuire
1575 Dietrich Chase Ln
St. Louis, MO 63021

Carlene Sensenbrenner
347 Hillcrest Dr.
Fontana, WI 53125

Catherine Nordstrom
1853 Grove Tail Cover
Bartlett, TN 38135

Charlie Gu
1908 S. Louie Pkwy
Chicago, IL 60616

Clipper Magazine
3708 Hempland Rd.
P.O. Box 610
Mountville, PA 17554

Clyde Coyle
11342 Steeplechase Pkwy
Orland Park, IL 60467

Coleman's Professional Piano Moving
11875 Pigeon Pass Rd
P.O. Box 524
Moreno Valley, CA 92557

Colleen M. McLaughlin
1751 S. Naperville Rd.
Suite 209
Wheaton, IL 60187

Com Ed Downers Grove
Bill Payment Center
Chicago, IL 60668

Cordogan Piano
33 W. 441
Rt 38
Geneva, IL 60134

County of Court Reporters, Inc.

Cynthia Peterson
402 Mozart Ct.
Wheaton, IL 60187

D&M Moving LLC
5741 SE Foster Rd.
Portland, OR 97206

Dante Regaldo
6277 Crossland Blvd.
Gurnee, IL 60031

Darlene Hale
16054 S. Kedzie
Harvey, IL 60426

Deborah Smith
5145 W. 190th Pl
Country Club Hills, IL 60478

Dinah Leslie
1502 Kinross St.
Flossmoor, IL 60422

Don Mckevitt
74 Deer Ln
Lemont, IL 60439

Doremi USA
5036 Dr. Phillips Blvd
Suite 32819
Orlando, FL 32819

Doug Roehrs
1003 Butterfield Cir E
Shorewood, IL 60431

Doyel Farrar
4840 W. Deming Pl
Chicago, IL 60639

Dwight Dukes
6533 S. Bishop St.
Chicago, IL 60636

E.G. Nadhan
2031 Wicklow Rd.
Naperville, IL 60540

Ed Westell
729 Arlington Ave.
Naperville, IL 60540

Egidijus Ramasauskas
604 Brookside Rd.
Barrington, IL 60010

Eleanara Bertolli
5189 N. Monterey
Norridge, IL 60706

Erica Henry
145 E. 111th St.
Chicago, IL 60628

Esquire Piano
14209 Gannet St.
La Mirada, CA 90638

Evelyn Bradley
P.O. Box 2131
Oak Park, IL 60303

Evis Budina
2326 Georgetown Cir
Aurora, IL 60504

Fane Roque
6562 89th Pl
Chicago, IL 60615

Fleet Equipment Center
555 E. South Frontage Rd.
Bolingbrook, IL 60440

George O. Western
311 Providence Drive
Matteson, IL

George Schaffer
3014 Carlyle Ct.
New Lenox, IL 60451

Gooding Rubber Co.
10321 Werch Drive
Suite 200
Woodridge, IL 60517

GRK Manufacturing Co.
1200 Dayton St.
Hamilton, OH 45011

Hendricks Piano
421 Maple Ave.
Downers Grove, IL 60515

Hong Xu
8210 Elmwood Ave., 208
Skokie, IL

Hyeon Tak Kwon
2452 Oneida
Naperville, IL 60540

Image Media
642 North Dearborn
Chicago, IL 60610

IMCP
213 West Institute Place
Suite 604
Chicago, IL 60610

Infocomm Print
213 West Institute Place
Suite 604
Chicago, IL 60610

James Diorio
8207 Miustone Unit 82A
Palos Heights, IL 60465

Janice Haislet
333 Country Ridge Ln
Bloomingdale, IL 60108

Janice Krouse
962 Wedgewood Ln
Aurora, IL 60506

Jayne Lindgren
4265 Club Course Dr
North Charleston, SC 29420

Jessie Schaumburg
2847 Ediginxon St.
Franklin Park, IL 60131

Jim Hasan
528 Newsberg Dr.
Elk Grove Village, IL 60007

Jim Kohick
517 N. West St.
Wheaton, IL 60187

Jim McAveeney
1036 E. Hillside
Naperville, IL 60540

Jonathan Nordstrom
1853 Grove Trail Cover
Bartlett, TN 38135

Josephine Boykin
9510 S. Constance Ave.
#704
Chicago, IL 60617

Juan Pena
1804 Northshore Dr.
Plainfield, IL 60544

Juanita Lattimore
4801 Essex Way
Rolling Meadows, IL 60008

Judi Fuller
837 Buttonwood
Naperville, IL 60540

Julie Pusey
312 Diamond Head
Des Plaines, IL 60018

Julius Saquin
8835 Mango
Morton Grove, IL 60053

Kade Holiday
3513 Old Renwick Trail
Joliet, IL 60435

Karnes Piano
1229 E. Golf Rd.
Schaumburg, IL 60173

Kathleen Graham
8 S 040 Creek Dr.
Naperville, IL 60540

Katie Gazdacka
1135 Statford Ln
Lake Zurich, IL

Keith E. Kennedy
872 Crabapple Dr.
Crystal Lake, IL 60014

Kim Brannigan
30 Pin Oak Ct.
Burr Ridge, IL 60527

Kim Moline
9 Berk Ln
Crete, IL 60417

Kimberly Gray
935 Ridge Ct.
Evanston, IL 60202

Kurt Hsiung
41 Hesterman Drive
Glendale Heights, IL 60139

Letha Cole
4800 S. Chicago Beach Dr.
Chicago, IL 60615

Lidia Tolatan
6857 Knox
Lincolnwood, IL 60712

Linda Taliaferro
2316 Fesave Rd.
Naperville, IL 60540

Lisa Rovner
949 Chancery Ln
Cary, IL 60013

llaxi Patel
699 Mayfair Dr.
Carol Stream, IL 60188

Lynn Montgomery
622 Cloverane Drive
Sycamore, IL 60178

Marcia Ehrich
1227 Harvest Ln
University Park, IL 60446

Marcia Grisanzio
26 W. 151 McCarthrur Ave.
Carol Stream, IL 60188

Maretta Marsh
110 Iliad
Tinley Pk, IL

Margie Best
5318 N. Lakewood
Chicago, IL 60640

Maria Peralta
4048 W. Berry
Chicago, IL 60694

Mark Bussannas
24 Firth Rd.
Inverness, IL 60067

Mark Deliman
1025 Randolph St. Unit 206
Oak Park, IL 60302

Mark Kiser
424 Pintail Street
Deerfield, IL 60015

Mark Koserowski
8414 Barnarnd Mill Rd.
Richmond, IL 60071

Mary Holtof
770 Perillion Dr.
Saint Charles, IL 60174

Mathur Sreedhar
3340 White Eagle Dr.
Naperville, IL 60540

Matthew Opal
1211 Edinbugh Ct
Wheaton, IL 60187

Michael Abbate
36W580 Oakhill Dr.
Dundee, IL 60118

Miguel Solter
557 W. Cullerton St.
Chicago, IL 60616

Nancy Cloud
1302 Chandler Rd
Huntsville, AL 35801

Nancy Malmfeldt
2503 Richmond
Joliet, IL 60435

Nelson Tabliago
214 Pepperidge Cir
Streamwood, IL 60107

Norman Cardoza
411 Green River Ct.
Schaumburg, IL 60194

232777.1

Olivia Eans
1357 Eastwood Dr.
Aurora, IL 60506

Onsite Touch-Up & Restoration
1933 Woodside Lane
Glendale Heights, IL 60139

Ortigara Piano
19622 LaGrange Rd.
Mokena, IL 60448

Park Pointe Plaza
745 ELa Road
Lake Zurich, IL 60047

Pat Strobhar
7655 Somonauk Rd
Hinckley, IL 60520

Patricia Espindola
1009 Manor Dr.
Streamwood, IL 60107

Patrick J. Sheets
c/o Donald W. Shelmon
119.5 North Cullen Street
Rensselaer, IN 47978

Patrick J. Sheets
13152 N. 700 W.
Demontte, IN 76310

Patty Elliott
3040 Carlton Ct.
Westchester, IL 60154

Patty Sebeski
3402 Pine Grove Place
Champaign, IL 61820

Paul Demos
1502 W. Rosemont
Chicago, IL 60660

Paula Hubbard
21491 Meadowlark Dr.
Kildeer, IL 60047

Pickle Piano
104 W. Lake St
Bloomingdale, IL 60108

Ping Wang
10811 Preston Pkwy
Huntley, IL 60142

Prakash Varghese
14151 S. 87th Ave
Orland Park, IL 60462

Rene Cortez
1606 Waywing Ct.
Schaumburg, IL 60173

Robert Cosey
2021 W. Hunt
Chicago, IL 60620

Robert Hughes
776 W. Maple Ave.
Mundelein, IL 60060

Robert Thrush
26711 Middleton Pkwy
Mundelein, IL 60060

Rola Grazyna
4956 N. Orange
Norridge, IL 60706

Roland Abellera
1915 Crosswind Dr.
Plainfield, IL 60544

Romay Corp.
2738 W. Fitch Avenue
Chicago, IL 60645

Romeo Mactal
4522 N. Central Ave.
Chicago, IL 60630

Ron Lutzow
2575 Erie Street
River Grove, IL 60171

Rosa Pena
4301 W. Diversey Ave.
Chicago, IL 60639

SBC
Bill Payment Center
Chicago, IL 60663

Scott MacIntire
2694 Charter Oak Dr.
Aurora, IL 60504

Scott Muench
1635 W. Belar
Chicago, IL 60657

Scott Murphy
1864 Suzy St.
Sandwich, IL 60548

Shaw Gussis
321 N. Clark St
Suite 800
Chicago, IL 60610

Steve De Vries
25657 S. Pinewood Ln
Monee, IL 60449

Sue Kim
404 Fox Meadow
Northfield, IL 60093

Tammy Incaprio
205 Jake Ln
Hampshire, IL 60140

Tania Pasterz
492 Cottage Avenue
Glen Ellyn, IL 60137

Teresa Gaglione
1240 E. Thompson
Wheaton, IL 60187

Thatcher Oaks
718 Industrial Dr.
Elmhurst, IL 60126

The Courier Journal
P.O. Box 740031
Louisville, KY 40201

Thomas Patterson
33 N. LaSalle Street
Suite 3350
Chicago, IL 60602

Time Savers, Inc.
835 Industrial Drive
Elmhurst, IL 60126

Todd Young

Toni Tengblad
1994 Scratch Avenue
La Farge, WI 54639

Viktoria Piatakova

Virginia Willes
11175 Blakeley Ct.
West Chicago, IL 60185

Wallace Funeral Home
5838 W. Division
Chicago, IL 60651

Wallrab Carpenigro & Assoc. Inc.
P.O. Box 487
Lombard, IL 60148

Wayne Lestarczyk
18018 Hunt Club Dr.
Mokena, IL 60448

Wayne Segedie
929 Saratoga Pkwy
Sleepy Hollow, IL 60118

Wei Li
932 Beninford
Westmont, IL 60559

Whitney Young HS
211 S. Laflin
Chicago, IL 60628

Willei Brown Jr.
4333 W. 175th Pl
Country Club Hills, IL 60478

Windy City Movers
P.O. Box 605
Barrington, IL 60011-0605

Zion Baptist Church
218 Mississippi Ave.
Joliet, IL 60435