# Ex. E
# Helms v. Pearl River

| Date | Description of Services | Atty | Hourly rate | Time | Amount |
|---|---|---|---|---|---|
| | **LITIGATION: HELMS V. PEARL RIVER** | | | | |
| Aug-07-06 | Research re status of Pearl as transferee | **MJD** | $ 285.00 | 2.40 | $684.00 |
| Aug-08-06 | Drafting of final version of Pearl River complaint | **MJD** | $ 285.00 | 1.20 | $342.00 |
| Aug-08-06 | Preparation of complaint and summons for Pearl River complaint for filing | **MJD** | $ 285.00 | 1.20 | $342.00 |
| Sep-15-06 | Telephone call with Gibbons re extension for Pearl River to answer | **MJD** | $ 285.00 | 0.30 | $85.50 |
| Sep-15-06 | Telephone call with Pear River re status of case | **MJD** | $ 285.00 | 0.70 | $199.50 |
| Oct-23-06 | Telephone call with Pearl River re status of case | **MJD** | $ 285.00 | 0.30 | $85.50 |
| Oct-27-06 | Drafting of proposed order re setting date for default | **MJD** | $ 285.00 | 0.50 | $142.50 |
| Oct-27-06 | Attendance at court for status on Pearl River and American Sejung | **MJD** | $ 285.00 | 0.60 | $171.00 |
| Nov-16-06 | Preparation of answer of Pearl River for filing | **MJD** | $ 285.00 | 0.60 | $171.00 |
| Nov-17-06 | Attendance at court for status on American Sejung and Pearl River | **MJD** | $ 285.00 | 1.00 | $285.00 |
| Jan-08-07 | Telephone call with Pearl River attorneys | **MJD** | $ 285.00 | 0.40 | $114.00 |
| Feb-07-07 | Telephone call with counsel for Pearl River re pretrial statement | **MJD** | $ 285.00 | 0.30 | $85.50 |
| Feb-08-07 | Drafting of pretrial statement of Pearl River | **MJD** | $ 285.00 | 2.30 | $655.50 |
| Feb-22-07 | Telephone call with Laura Price re status of settlement | **MJD** | $ 285.00 | 0.30 | $85.50 |
| Feb-26-07 | Review of preference analysis information for Pearl River | **MJD** | $ 285.00 | 0.30 | $85.50 |
| Feb-26-07 | Telephone call with Helms re status of preference claim of Pearl River | **MJD** | $ 285.00 | 0.20 | $57.00 |
| Feb-26-07 | Telephone call with berg regarding settlement conference | **CJH** | $ 185.00 | 0.30 | $55.50 |
| Feb-26-07 | Drafting emails to MJd regarding settlement conference with Berg | **CJH** | $ 185.00 | 0.10 | $18.50 |
| Feb-27-07 | Telephone call with opposing counsel regarding pretrial conference and settlement conference (pearl river) | **CJH** | $ 185.00 | 0.20 | $37.00 |

# Ex. E
# Helms v. Pearl River

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Feb-27-07 | Drafting email to MJD regarding pretrial conference and settlement conference (pearl river) | CJH | $ 185.00 | 0.10 | $18.50 |
| Mar-14-07 | Telephone call with attorney from Pearl River re settlement | MJD | $ 285.00 | 0.40 | $114.00 |
| Mar-16-07 | Review of pleadings for pretrial | MJD | $ 285.00 | 0.50 | $142.50 |
| Mar-16-07 | Attendance at court for pretrial on Pearl River | MJD | $ 285.00 | 0.50 | $142.50 |
| Mar-16-07 | Attendance at settlement conference | MJD | $ 285.00 | 2.50 | $712.50 |
| Mar-16-07 | Drafting of final version of joint pretrial statement | MJD | $ 285.00 | 1.30 | $370.50 |
| Mar-16-07 | Filing of Pearl River pretrial statement | MJD | $ 285.00 | 0.30 | $85.50 |
| Mar-23-07 | Review of documents regarding Pearl River lien | MJD | $ 285.00 | 1.50 | $427.50 |
| Mar-23-07 | Drafting of revised settlement proposal to Pearl River | MJD | $ 285.00 | 0.80 | $228.00 |
| Mar-29-07 | Review of final pretrial order for Pearl River and docket of trial dates | MJD | $ 285.00 | 0.30 | $85.50 |
| Apr-05-07 | Telephone call with McLaughlin re update | MJD | $ 285.00 | 0.40 | $114.00 |
| May-03-07 | Review of substitution of counsel | MJD | $ 285.00 | 0.40 | $114.00 |
| May-08-07 | Telephone call with Pearl River counsel re settlement numbers | MJD | $ 285.00 | 0.30 | $85.50 |
| Jun-15-07 | Conference with Brown re details of | MJD | $ 285.00 | 0.20 | $57.00 |
| Jun-29-07 | Conference with MJD regarding case strategies, status and history. | AWR | $ 285.00 | 0.50 | $142.50 |
| Jul-17-07 | Conference with Foster re status of Pearl River case and coming in to trial | MJD | $ 285.00 | 0.30 | $85.50 |
| Jul-17-07 | Research re Section 546 look back period for transfer | MJD | $ 285.00 | 0.50 | $142.50 |
| Jul-17-07 | Telephone call with Brown re status of Foster as attorney for pearl River | MJD | $ 285.00 | 0.20 | $57.00 |
| Jul-17-07 | Conference with Rummler re issues of trial | MJD | $ 285.00 | 0.40 | $114.00 |
| Jul-19-07 | Conference with Rummler re status of causes of action | MJD | $ 285.00 | 0.70 | $199.50 |
| Jul-19-07 | Telephone call with Marty Denis re settlement of Pearl River case | MJD | $ 285.00 | 0.30 | $85.50 |
| Jul-19-07 | Review file, pleadings, correspondence in prep for trial | AWR | $ 285.00 | 1.50 | $427.50 |
| Jul-19-07 | Research ten day rule exception of 547 as relates to case | AWR | $ 285.00 | 0.50 | $142.50 |
| Jul-19-07 | Prepare and serve discovery; interrogatories, notice to produce and requests to admin | AWR | $ 285.00 | 2.00 | $570.00 |

# Ex. E
# Helms v. Pearl River

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Jul-23-07 | Receive fax from M Denis regarding discovery requests | AWR | $ 285.00 | 0.30 | $85.50 |
| Jul-24-07 | Email documents to M Denis | AWR | $ 285.00 | 0.20 | $57.00 |
| Jul-30-07 | Trial preparation | AWR | $ 285.00 | 1.00 | $285.00 |
| Jul-31-07 | Conference with MJD regarding status of discovery | AWR | $ 285.00 | 0.20 | $57.00 |
| Aug-02-07 | Review of discovery requests by defendant | MJD | $ 285.00 | 0.40 | $114.00 |
| Aug-03-07 | Review of corresp from Foster re issues | MJD | $ 285.00 | 0.30 | $85.50 |
| Aug-03-07 | Conference with Rummler re strategy of case | MJD | $ 285.00 | 0.30 | $85.50 |
| Aug-03-07 | receive and review discovery requests from defendant | AWR | $ 285.00 | 0.50 | $142.50 |
| Aug-03-07 | Letter by email to C. Foster atty. for defendants. | AWR | $ 285.00 | 0.50 | $142.50 |
| Aug-06-07 | Receive letter and settlement offer from C. Foster | AWR | $ 285.00 | 0.50 | $142.50 |
| Aug-06-07 | Research claims in settlement letter, facts and law. | AWR | $ 285.00 | 1.00 | $285.00 |
| Aug-06-07 | Letter by email to C. Foster atty. for defendants. w/ response from Trustee and counter offer | AWR | $ 285.00 | 0.60 | $171.00 |
| Aug-06-07 | Review of settlement proposal of Foster | MJD | $ 285.00 | 0.40 | $114.00 |
| Aug-07-07 | PC with C. Foster to negotiate settlement of adversary | AWR | $ 285.00 | 0.50 | $142.50 |
| Aug-08-07 | Receive and review settlement agreement from E. Richert | AWR | $ 285.00 | 0.50 | $142.50 |
| Aug-16-07 | Prepare settlement agreement | AWR | $ 285.00 | 1.20 | $342.00 |
| Aug-16-07 | Letter and email to C. Foster with copy of settlement agreement for review | AWR | $ 285.00 | 0.30 | $85.50 |
| Sep-10-07 | Receive letter from C. Foster with signed agreement, review all and check for settlement | AWR | $ 285.00 | 0.50 | $142.50 |
| Sep-10-07 | Scan check and settlement agreement for email letter to Trustee | AWR | $ 285.00 | 0.40 | $114.00 |
| Sep-11-07 | Prepare dismissal order for adversary proceeding | AWR | $ 285.00 | 0.30 | $85.50 |
| Oct-27-06 | Telephone call with opposing counsel regarding settlement | CJH | $ 185.00 | 0.60 | $111.00 |
| | Category Totals: | | | 40.10 | $11,298.50 |