# Exhibit H
# Preparation of fee application

| Date | Description of Services | Atty | Hourly rate | Time |
|---|---|---|---|---|
| | **Fee Application Petition Time** | | | |
| Sept - 01-07 | Review of pleadings in Helms v. John Biasco matter | **MJD** | $ 325.00 | 0.60 |
| Sept - 01-07 | Review of compliance with settlement proposal | **MJD** | $ 325.00 | 0.40 |
| Sept - 01-07 | Draft of narrative for work performed | **MJD** | $ 325.00 | 0.50 |
| Sept - 02-07 | Review of Pleadings in Helms v. Samuels matter | **MJD** | $ 325.00 | 0.40 |
| Sept.- 02-07 | Review of compliance with settlement proposal | **MJD** | $ 325.00 | 0.40 |
| Sept.- 02-07 | Draft of narrative for work performed | **MJD** | $ 325.00 | 0.50 |
| Sept.- 02-07 | Review of Pleadings in Helms v. American Sejung | **MJD** | $ 325.00 | 0.60 |
| Sept.- 02-07 | Review of compliance with settlement proposal | **MJD** | $ 325.00 | 0.30 |
| Sept.- 02-07 | Draft of narrative for work performed in American Sejung | **MJD** | $ 325.00 | 0.50 |
| Sept.- 02-07 | Review of Pleadings in Helms v. Chicago tribune | **MJD** | $ 325.00 | 0.30 |
| Sept.- 02-07 | Review of compliance with settlement proposal | **MJD** | $ 325.00 | 0.20 |
| Sept.- 02-07 | Draft of narrative in Helms v. Chi. Tribune | **MJD** | $ 325.00 | 0.40 |
| | Review of Pleadings in Helms v. Pearl River | **MJD** | $ 325.00 | 0.60 |
| | Review of compliance with settlement proposal | **MJD** | $ 325.00 | 0.20 |
| | Draft of narrative in Helms v. Pearl River | **MJD** | $ 325.00 | 0.30 |
| | Review of objections to claims on docket and results re orders enetered | **MJD** | $ 325.00 | 0.70 |
| | Draft of narrative in objections to claims | **MJD** | $ 325.00 | 0.20 |
| | Preparation of spreadsheets for fee application | **MJD** | $ 325.00 | 1.20 |
| | Category Totals: | | | 8.30 |

# Exhibit H
# Preparation of fee application

**Amount**

$195.00

$130.00

$162.50
$130.00

$130.00

$162.50
$195.00

$97.50

$162.50

$97.50

$65.00

$130.00
$195.00
$65.00

$97.50
$227.50

$65.00
$390.00

$2,697.50