IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| EVENT MARKETING GROUP INC | ) | CASE NO. 04-30210 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1.   The Petition commencing this case was filed on 13th day of August, 2004. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4.   A summary of the Trustee's final account as of September 11, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 212,935.75 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 98,306.67 |

| | | | |
|---|---|---|---|
| c. | | NET CASH available for distribution | $ 114,629.08 |
| d. | | ADMINISTRATIVE EXPENSES: | |
| | 1. | Trustee compensation requested (See Exhibit E) | $13,896.79 |
| | 2. | Trustee Expenses (See Exhibit E) | $363.47 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $22,744.54 |

5.   The Bar Date for filing unsecured claims expired on December 16, 2004.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $9,000.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $37,004.80 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $38,523.48 |
| e. | Allowed unsecured claims | $1,056,884.57 |
| f. | Other | $0.00 |

7.   Trustee proposes that unsecured creditors receive a distribution of 2.82% of allowed claims.

8.   Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $22,744.54. The total of Chapter 7 professional fees and expenses requested for final allowance is $22,744.54. (See Exhibit G).

9.   A fee of $2,800 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C.

§§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: _9/11/08_____        /s/ Brenda Porter Helms_____
                                      Trustee
                                      3400 W. Lawrence Avenue
                                      Chicago, IL  60625

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors of the debtor at the Wheaton courthouse and subsequently, at the offices of the attorney for the debtor (3.5 hours). The Trustee also met with counsel for certain trade creditors, Collen McLaughlin, to discuss the state court proceedings against the debtor and its principals and reviewed the complaint, motion for summary judgment and other pertinent pleadings (5.5 hours). The Trustee also fielded calls from almost every customer of the debtor who had put down a deposit for a piano and not received it. The Trustee estimates that she spent at least 5 hours talking to creditors. The Trustee drafted a notice to creditors advising them of the status of the case (1.2 hours).

The Trustee visited the debtor's premises on several occasions to view the inventory and discussed the sale of same with her auctioneer, American Auction Associates (2.5 hours). The Trustee was also advised that the debtor and its principals had concealed pianos at a warehouse in Bensenville and she travelled there to view the pianos and benches that were stored there (2 hours). The Trustee reviewed the report of sale and filed same with the Court (.5 hours).

The Trustee met with John Biasco as he turned over some of the debtor's books and financial records (.5 hours). The Trustee reviewed the books and records and transmitted them, plus the computers, to her accountant (2.5 hours). The Trustee reviewed and signed the tax returns as prepared by her accountant and mailed the K-1s (1.5 hours).

The Trustee also consulted with her attorney, Springer, Brown Covey Gaertner & Davis regarding the transfers of money to the debtor's principals prior to the bankruptcy filing. She reviewed drafts of the complaint filed against the Biascos, the deposition of John Biasco, along with the back up documentation (3.7 hours). The Trustee kept apprised of the litigation and approved the settlement that was eventually reached (2.1 hours).

The Trustee also had numerous discussions with Pearl River employees regarding the repossession of certain pianos and benches within ninety days prior to the bankruptcy filing. She reviewed documentation regarding same and also drafts of the complaint that was eventually filed. She participated in settlement discussions. The Trustee spent approximately 4 hours on the adversary v. Pearl River.

The Trustee also consulted with her attorneys regarding the funds paid to Howard Samuels and approved the filing of an adversary complaint to set aside same. The Trustee was kept apprised of the status of the litigation and approved the settlement. The Trustee spent approximately 2.8 hours on the adversary v. Samuels.

The Trustee has reviewed the claims filed in this case (4 hours). She filed numerous objections to claims (3.1 hours) and also wrote letters to numerous consumer deposit claimants to request that they file amended claims (1.2 hours).

## EXHIBIT A

The Trustee prepared the final report in this case (4.8 hours).

The Trustee anticipates that in the future she will appear in court at the hearing on compensation and reimbursement of expenses (.3 hours). The Trustee will file the final report electronically with the court (.4 hours). The Trustee will close the interest bearing account and open a checking account and issue the final distribution checks (1.0 hours). The Trustee will monitor the bank account until all checks are cashed and, if necessary, deposit uncashed funds with the Clerk of the Court (1 hour). The Trustee will then draft and file the Final Account in this case (.8 hours).

53.9 hours @$325 = $17,517.50

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property & Disposition | Amount Abandoned |
|---|---|
| See attached Individual Estate Property Record | |
| | |
| Property abandoned or to be abandoned: | |
| (Include reasons and date of order) | |
| LaSalle Bank checking account –  no funds remaining | $444.39 |
| Security Deposits –  landlord offsets for rent due | $14,364.67 |
| | |
| TOTAL AMOUNT ABANDONED: | $14,809.06 |

Unscheduled Property

    Post petition interest of $3,081.73
    Adversary v. Samuels settled for $20,000
    Adversary v. Biascos settled for $100,000
    Adversary v. Sejung settled for reduction in claim
    Adversary v. Pearl River settled for $35,000

| | |
|---|---|
| TOTAL RECEIPTS | $212,935.75 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $14,809.06 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $0.00 |

**EXHIBIT B**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 04-30210 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|

Case Name:   EVENT MARKETING GROUP INC

Date Filed (f) or Converted (c):   08/13/04 (f)

341(a) Meeting Date:   10/05/04

For Period Ending: 09/11/08

Claims Bar Date:   12/16/04

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1 OFFICE EQUIPMENT, FURNISHINGS, AND | 55,563.00 | 0.00 | | 50,354.02 | FA |
| 2 Inventory | 66,430.00 | 0.00 | | 0.00 | FA |
| Included in sale of office equipment, #1 | | | | | |
| 3 Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,081.73 | Unknown |
| 4 BANK ACCOUNTS | 444.39 | 0.00 | DA | 0.00 | FA |
| 5 SECURITY DEPOSITS | 14,364.67 | 0.00 | DA | 0.00 | FA |
| 6 53' GREAT DANE TRAILER | 12,500.00 | 0.00 | | 0.00 | FA |
| Included in sale of inventory and office equipment, #s 1 & 2 | | | | | |
| 7 Adversary v. Samuels (u) | Unknown | 0.00 | | 20,000.00 | FA |
| 8 Two adversaries v. Biascos (u) | Unknown | 0.00 | | 100,000.00 | FA |
| 9 Adversary v. Chicago Tribune (u) | Unknown | 0.00 | | 4,500.00 | FA |
| 10 Adversary v. American Sejung (u) | Unknown | 0.00 | | 0.00 | FA |
| 11 Adversary v. Pearl River (u) | Unknown | 0.00 | | 35,000.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $149,302.06     $0.00     $212,935.75     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07     Current Projected Date of Final Report (TFR): 12/30/08

BRENDA PORTER HELMS, TRUSTEE

_____ Date: 09/11/08

BRENDA PORTER HELMS, TRUSTEE

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# ESTATE CASH DOCUMENTS AND Page 9 of 21NTS RECORD

| Case No | 04-30210 -SQU |
|---|---|
| Case Name | EVENT MARKETING GROUP INC |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7070 Money Market - Interest Bearing |

| Taxpayer ID No: | *******7222 |
|---|---|
| For Period Ending | 09/11/08 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/04 | 1 | American Auction Associates 8515 St. Thomas Ave Bridgeview IL 60455 | proceeds of inventory sale $50,354.02 also includes sale of inventory | 1129-000 | 50,354.02 | | 50,354.02 |
| 10/29/04 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.64 | | 50,355.66 |
| 11/22/04 | 000101 | American Auction Associates | expense reimbursement | 3620-000 | | 4,567.09 | 45,788.57 |
| 11/23/04 | 000102 | McGuire's II, LLC 200 N. Dearborn Suite 1406 Chicago IL 60601 | court reporter | 2990-000 | | 1,392.00 | 44,396.57 |
| 11/30/04 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.07 | | 44,400.64 |
| 12/31/04 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.81 | | 44,404.45 |
| 01/24/05 | 000103 | Paychex 4300 Weaver Parkway Suite 100 Warrenville IL 60555 | W-2 services | 2990-000 | | 216.00 | 44,188.45 |
| 01/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.77 | | 44,192.22 |
| 02/04/05 | 000104 | Unscribe | copying costs- Donenberg docs | 2990-000 | | 500.00 | 43,692.22 |
| 02/28/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.48 | | 43,700.70 |
| 03/10/05 | 000105 | Central Reporters Associated Ltd 29 E. Madison St. STe 1826 Chicago IL 60602 | Donenberg deposition cost | 2990-000 | | 220.00 | 43,480.70 |
| 03/17/05 | 000106 | International Sureties Ltd Suite 1700 210 Baronne St New Orleans LA 70112 | Trustee bond | 2300-000 | | 32.64 | 43,448.06 |
| 03/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 9.26 | | 43,457.32 |
| 04/22/05 | 000107 | Springer Brown Covey Gaertner & Davis 400 S. County Farm Road Suite 330 Wheaton IL 60187 | ATTORNEYS FEES | 3210-000 | | 20,000.00 | 23,457.32 |
| 04/29/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.92 | | 23,466.24 |
| 05/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.13 | | 23,471.37 |
| 06/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.82 | | 23,476.19 |
| 07/29/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.98 | | 23,481.17 |
| 08/16/05 | 7 | Rally Capital Services LLC 350 N. LaSalle Street Suite 100 Chicago IL 60610 | | 1241-000 | 20,000.00 | | 43,481.17 |
| 08/22/05 | 000108 | Central Reporters Associated Ltd 29 E. Madison Street Suite 1826 Chicago IL 60602 | court reporter | 2990-000 | | 1,913.25 | 41,567.92 |
| 08/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.18 | | 41,584.10 |
| 09/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 20.51 | | 41,604.61 |
| 10/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 21.20 | | 41,625.81 |
| 11/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 20.53 | | 41,646.34 |
| 12/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 21.22 | | 41,667.56 |
| 01/19/06 | 000109 | Springer Brown Cover Gaertner & Davis 400 S. County Farm Road Suite 330 | attorneys fees | 3210-000 | | 10,000.00 | 31,667.56 |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---------|---------------|--|---------------|------------------------------|
| Case Name | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ********7070 Money Market - Interest Bearing |
| Taxpayer ID No | ********7222 | | | |
| For Period Ending | 09/11/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wheaton IL 60187 | | | | | |
| 01/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 19.92 | | 31,657.45 |
| 02/28/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.57 | | 31,710.05 |
| 03/15/06 | 000110 | International Sureties, Ltd. | bond premium | 2300-000 | | 22.91 | 31,687.14 |
| | | 203 Cardondelet St. | 1 | | | | |
| | | New Orleans LA 70130 | | | | | |
| 03/31/06 | 8 | John T. Biasco | settlement of fraudulent transfer c | 1241-000 | 66,000.00 | | 97,687.14 |
| 03/31/06 | 8 | John Biasco | settlement of fraudulent transfer c | 1241-000 | 4,000.00 | | 101,687.14 |
| | | 6222 N. Knox Ave | | | | | |
| | | Chicago IL 60646 | | | | | |
| 03/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.93 | | 101,714.07 |
| 04/01/06 | 000111 | Springer Brown Covey Gaertner & Davis | ATTORNEYS FEES | 3210-000 | | 14,348.00 | 87,366.07 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton IL 60187 | | | | | |
| 04/01/06 | 000112 | Springer Brown Covey Gaertner & Davis | attorneys expenses | 3220-000 | | 1,841.84 | 85,524.23 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton IL 60187 | | | | | |
| 04/28/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 68.30 | | 85,592.53 |
| 05/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 72.70 | | 85,665.23 |
| 06/28/06 | | Transfer to Acct #*******1943 | Bank Funds Transfer | 9999-000 | | 60,000.00 | 25,665.23 |
| 06/29/06 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 64.07 | | 25,729.30 |
| 06/29/06 | | Transfer to Acct #*******1943 | Final Posting Transfer | 9999-000 | | 25,729.30 | 0.00 |

PFORM24                                                                                      Ver: 14.03b

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 04-30210 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | EVENT MARKETING GROUP INC | Bank Name: | BANK OF AMERICA, N.A |
| | | Account Number / CD #: | *******1943 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7222 | | |
| For Period Ending: | 09/11/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/06 | | Transfer from Acct #*******7070 | Bank Funds Transfer | 9999-000 | 60,000.00 | | 60,000.00 |
| 06/29/06 | | Transfer from Acct #*******7070 | Transfer In From MMA Account | 9999-000 | 25,729.50 | | 85,729.50 |
| 06/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 7.75 | | 85,737.05 |
| 07/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 94.66 | | 85,831.71 |
| 08/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 94.77 | | 85,926.48 |
| 09/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 93.69 | | 86,020.17 |
| 10/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 109.59 | | 86,129.76 |
| 11/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 106.19 | | 86,235.95 |
| 12/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 109.85 | | 86,345.80 |
| 01/11/07 | 8 | Robbins Salomon & Patt (John Biasco) 25 E. Washington St 10th Flo Chicago IL 60602 | final payment of settlement agmt | 1241-000 | 30,000.00 | | 116,345.80 |
| 01/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 129.66 | | 116,475.46 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 125.32 | 116,350.14 |
| 02/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 134.03 | | 116,484.17 |
| 03/06/07 | 9 | Chicago Tribune 435 N. Michigan Ave Chicago IL 60611 | preference settlement | 1241-000 | 4,500.00 | | 120,984.17 |
| 03/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 152.64 | | 121,136.81 |
| 04/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 149.35 | | 121,286.16 |
| 05/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 154.52 | | 121,440.68 |
| 06/29/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 149.72 | | 121,590.40 |
| 07/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 154.90 | | 121,745.30 |
| 08/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 155.10 | | 121,900.40 |
| 09/21/07 | 11 | Pearl River Piano Group 2260 S. Haven Ave Suite F Ontario CA 91761 | adversary settlement | 1241-000 | 35,000.00 | | 156,900.40 |
| 09/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 155.95 | | 157,056.35 |
| 10/15/07 | 000102 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 41,914.50 | 115,141.85 |
| 10/15/07 | 000103 | Springer Brown Covey Gaertner & Davis | attorney expenses | 3220-000 | | 1,085.40 | 114,056.45 |
| 10/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 158.97 | | 114,215.42 |
| 11/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 112.65 | | 114,328.07 |
| 12/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 116.52 | | 114,444.59 |
| 01/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 88.97 | | 114,533.56 |
| 02/14/08 | 000104 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 127.72 | 114,405.84 |
| 02/29/08 | 3 | BANK OF AMERICA, N.A | Interest Rate 0.500 | 1270-000 | 45.36 | | 114,451.20 |
| 03/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 44.09 | | 114,495.29 |
| 04/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 37.54 | | 114,532.83 |
| 05/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.25 | | 114,557.08 |
| 06/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 23.48 | | 114,580.56 |
| 07/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.26 | | 114,604.82 |
| 08/29/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.26 | | 114,629.08 |

Total Of All Accounts    114,629.08

PFORM24

Ver: 14.03b

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                           CHAPTER 7

EVENT MARKETING GROUP INC                        CASE NO. 04-30210

                        Debtor(s).               HON. JOHN SQUIRES

### PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $37,004.80 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $38,523.48 |
| Secured Claims | $9,000.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $30,100.80 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $114,629.08 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 9.000.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 52 | American Sejung Corp Personal Property & Intangibles- Consensual Liens | $9.000.00 | $9.000.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $37.004.80 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $13,896.79 | $13.896.79 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $363.47 | $363.47 |
| | Alan D. Lasko & Associates P.C. Accountant for Trustee Fees | $15.775.40 | $15,775.40 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $6,737.50 | $6,737.50 |
| | Alan D. Lasko & Associates P.C. Accountant for Trustee Expenses | $43.97 | $43.97 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $187.67 | $187.67 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 1.194.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 33 | Beld, Scott Wages-- 507 | $1.194.00 | $1,194.00 |
| | Net for claim 33 | | $1,194.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $ 37.329.48 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 15 | Margie Best. Deposits-- 507 | $1.000.00 | $1.000.00 |
| 2 | Kim Brannigan, Deposits--507 | $100.00 | $100.00 |
| 16 | Evis Budina Deposits-- 507 | $2,200.00 | $2,200.00 |
| 35 | Robert Cosey. Deposits-- 507 | $700.00 | $700.00 |
| 29 | James Diorio Deposits-- 507 | $2.225.00 | $2.225.00 |
| 31 | Doyle Farrar. Deposits-- 507 | $2.225.00 | $2,225.00 |
| 17 | Judi Fuller, Deposits-- 507 | $2.225.00 | $2,225.00 |
| 28 | Janice Haislet. Deposits-- 507 | $1.000.00 | $1,000.00 |
| 55 | Erica Henry. Deposits-- 507 | $500.00 | $500.00 |

| 24 | Kade Holiday,<br>Deposits-507 | $284.20 | $284.20 |
|---|---|---|---|
| 50 | Mary Holtorf,<br>Deposits-- 507 | $2,225.00 | $2,225.00 |
| 5 | Kathleen & Michael Graham<br>Deposits-- 507 | $2,225.00 | $2,225.00 |
| 46 | Mark Koserowski,<br>Deposits-507 | $2,225.00 | $2,225.00 |
| 13A | Juanita Lattimore,<br>Deposits-- 507 | $2,225.00 | $2,225.00 |
| 19 | Carla Mcguire,<br>Deposits-507 | $2,225.00 | $2,225.00 |
| 34 | Maria Peralta,<br>Deposits-- 507 | $1,821.14 | $1,821.14 |
| 12 | Viktoria Piatakova,<br>Deposits-507 | $1,821.14 | $1,821.14 |
| 30A | Annetta Reed,<br>Deposits-- 507 | $2,225.00 | $2,225.00 |
| 48 | Roger And Brenda Fane<br>Deposits-- 507 | $2,225.00 | $2,225.00 |
| 27 | Carlene Sensenbrenner,<br>Deposits-507 | $1,628.00 | $1,628.00 |
| 32 | Toni Tengblad,<br>Deposits-- 507 | $1,800.00 | $1,800.00 |
| 14A | Hong Xu<br>Deposits-- 507 | $2,225.00 | $2,225.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 1,056.884.57 | 2.85 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 52A | American Sejung Corp General Unsecured 726 | $283.488.66 | $8,073.95 |
| 1 | Com Ed Co. General Unsecured 726 | $1,308.64 | $37.27 |

| | | | |
|---|---|---|---|
| 36 | Cordogan's Pianoland<br>General Unsecured 726 | $48,725.30 | $1,387.73 |
| 25 | Marketshare Coupons.<br>General Unsecured 726 | $7,200.00 | $205.06 |
| 29A | James Diorio<br>General Unsecured 726 | $4,473.66 | $127.41 |
| 26 | Discover Financial Services<br>General Unsecured 726 | $7,282.31 | $207.41 |
| 44 | Marcia Ehrich.<br>General Unsecured 726 | $535.18 | $15.24 |
| 31A | Doyle Farrer.<br>General Unsecured 726 | $1,965.00 | $55.96 |
| 8 | Fleet Equipment Center<br>General Unsecured 726 | $1,252.24 | $35.67 |
| 17A | Judi Fuller.<br>General Unsecured 726 | $1,075.00 | $30.62 |
| 20 | Gooding Rubber Co.<br>General Unsecured 726 | $53,815.79 | $1,532.71 |
| 42 | Shaw Gussis.<br>General Unsecured 726 | $169,708.52 | $4,833.42 |
| 50A | Mary Holtorf.<br>General Unsecured 726 | $25.13 | $0.72* |
| 45 | Whitney Young High School<br>General Unsecured 726 | $3,845.00 | $109.51 |
| 38 | Karnes Music Co<br>General Unsecured 726 | $48,725.30 | $1,387.73 |
| 5A | Kathleen & Michael Graham<br>General Unsecured 726 | $495.37 | $14.11 |
| 46A | Mark Koserowski,<br>General Unsecured 726 | $2,064.35 | $58.79 |

| | | | |
|---|---|---|---|
| 13 | Juanita Lattimore.<br>General Unsecured 726 | $3,105.16 | $88.44 |
| 19 | Carla Mcguire.<br>General Unsecured 726 | $10,307.00 | $293.55 |
| 41 | Colleen Mclaughlin,<br>General Unsecured 726 | $243,626.53 | $6,938.65 |
| 39 | Ortigara's Musicville<br>General Unsecured 726 | $48,725.30 | $1,387.73 |
| 10 | Rose Pena.<br>General Unsecured 726 | $4,594.00 | $130.84 |
| 22 | Action Piano<br>General Unsecured 726 | $1,050.00 | $29.90 |
| 37 | Hendricks Piano .<br>General Unsecured 726 | $48,725.30 | $1,387.73 |
| 40 | Pickle Piano.<br>General Unsecured 726 | $48,725.30 | $1,387.73 |
| 11 | Egidijus Ramasauskas.<br>General Unsecured 726 | $6,000.00 | $170.88 |
| 30 | Annetta Reed.<br>General Unsecured 726 | $275.00 | $7.84 |
| 48A | Roger And Brenda Fane<br>General Unsecured 726 | $775.00 | $22.07 |
| 23 | SBC Communications Inc.<br>General Unsecured 726 | $1,140.90 | $32.49 |
| 7 | Linda Taliaferro.<br>General Unsecured 726 | $2,464.63 | $70.19 |
| 43 | Steven De Vries<br>General Unsecured 726 | $1,010.00 | $28.77 |

| 14 | Hong Xu<br>General Unsecured 726 | $375.00 | $10.68 |

\* Will be paid directly to Clerk of Bankruptcy Court pursuant to Bankruptcy Rule 3010.

| 14. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured claims | $ 13.229.62 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | FINAL<br>DIVIDEND |
|---|---|---|---|
| 47 | Zion Baptist Church<br>Tardy General Unsecured 726 | $3,920.00 | $0.00 |
| 51 | Denise Paull<br>Tardy General Unsecured 726 | $3,456.00 | $0.00 |
| 49 | Caroline Schedel.<br>Tardy General Unsecured 726 | $2.035.64 | $0.00 |
| 53 | Stephanie And Peter Brennan<br>Tardy General Unsecured 726 | $945.98 | $0.00 |
| 54 | Timothy Voorhees,<br>Tardy General Unsecured 726 | $2.872.00 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/<br>Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §726(a)(5) -  Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 3 | Jayne Lundgren, c/o John Conway, 122 W. 22nd St. #350, Oak Brook IL 60523 | $12,050.00 | Disallowed |
| Unsecured | 4 | Rola Grazyna, 4956 N. Orange, Norridge IL 60706 | $4,709.64 | Disallowed |
| Unsecured/ Priority | 6 | Artur Matraszek, c/o Richard Hirsh, 15 Spinning Wheel, Hinsdale IL 60521 | $4,021.87 | Disallowed |
| Unsecured | 21 | E.G. Nadhan, 2031 Wicklow, Naperville IL 60540 | $535.17 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____      _____