IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | NO. 04-30210 |
| EVENT MARKETING GROUP, INC. ) | HON. JOHN H. SQUIRES |
| ) | BANKRUPTCY JUDGE |

## ORDER AWARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES

AT WHEATON, ILLINOIS this      day of      2008, before the Honorable John H. Squires, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING to the Court that Alan D. Lasko & Associates, P.C. has filed its Second and Final Application for Allowance of Compensation and Expenses; and it

APPEARING to the Court that due notice has been given and the Court being fully advised in the matter,

IT IS ORDERED that Alan D. Lasko & Associates, P.C. is awarded final compensation in the amount of $6,737.50 and reimbursement of expenses in the amount of $43.97.

ENTERED: _____
United States Bankruptcy Judge

Prepared by:
Brenda Porter Helms
#6184302
The Helms Law Firm P.C.
3400 W. Lawrence Avenue
Chicago IL 606025
(773) 463-6427
brenda.helms@albanybank.com