IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 04 B 30210 |
| EVENT MARKETING GROUP, INC. | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    AT: DuPage County Courthouse
        505 N. County Farm Road, Courtroom 4016
        Wheaton, Illinois 60187

    ON:   **December 5, 2008**            AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                           $212,935.75

    DISBURSEMENTS                                      $98,306.67

    NET CASH AVAILABLE FOR DISTRIBUTION   $114,629.08

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

APPLICANT                COMPENSATION              FEES NOW       EXPENSES

|  | PREVIOUSLY PAID | REQUESTED |  |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $13,896.79 | $363.47 |
| Attorney Springer Brown Covey Gaertner & Davis | $86,262.50 | $0.00 | $0.00 |
| Accountant Alan D. Lasko & Associates, P.C. | $0.00 | $22,512.90 | $231.64 |
| American Auction Assoc | $4,567.09 | $0.00 | $0.00 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No taxing authorities filed claims in this case.

7. The following creditors filed priority claims in this case totaling $38,523.48, as follows:

| | |
|---|---|
| Scott Beld- wages | $1,194 |
| Margie Best – deposit | $1,000 |
| Kim Brannigan – deposit | $100 |
| Robert Cosey – deposit | $700 |
| James Diorio  - deposit | $2,225 |
| Doyle Farrar – deposit | $2,225 |
| Judi Fuller – deposit | $2,225 |
| Janice Haislet – deposit | $1,000 |
| Erica Henry – deposit | $500 |
| Kade Holiday – deposit | $284.20 |
| Mary Holtorf – deposit | $2,225 |
| Kathleen/Michael Graham – deposit | $2,225 |
| Mark Koserowski – deposit | $2,225 |
| Juanita Larrimore  - deposit | $2,225 |
| Carla McGuire – deposit | $2,225 |
| Maria Peralta – deposit | $1,821.14 |
| Viktoria Piatakova –deposit | $1,821.14 |
| Annetta Reed  - deposit | $2,225 |
| Roger/Brenda Fane – deposit | $2,225 |
| Carlene Sensbrenner – deposit | $1,628 |
| Toni Tengblad – deposit | $1,800 |
| Hong Xu- deposit | $2,225 |
| Evis Budina | $2,200 |

8. General unsecured creditors filed claims totaling $1,056,884.57 and will receive a distribution of 2.8% of the amount of their claims, as follows

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| American Sejung | $283,488.66 | $8,073.95 |
| ComEd | $1,308.64 | $37.27 |
| Cordogan's Pianoland | $48,725.30 | $1,387.73 |
| Marketshare Coupons | $7,200.00 | $205.06 |
| James Diorio | $4,473.66 | $127.41 |
| Discover Financial Svcs | $7,282.31 | $207.41 |
| Marcia Ehrich | $535.18 | $15.24 |
| Doyle Farrer | $1,965.00 | $55.96 |
| Fleet Equipment Center | $1,252.24 | $35.67 |
| Judi Fuller | $1,075.00 | $30.62 |
| Gooding Rubber Co. | $53,815.79 | $1,532.71 |
| Shaw Gussis | $169,708.52 | $4,833.42 |
| Mary Holtorf | $25.13 | $.72   * |
| Whitney Young High School | $3,845.00 | $109.51 |
| Karnes Music | $48,725.30 | $1,387.73 |
| Kathleen/Michael Graham | $495.37 | $14.11 |
| Mark Koserowski | $2,064.35 | $58.79 |
| Juanita Lattimore | $3,105.16 | $88.44 |
| Carla McGuire | $10,307.00 | $293.55 |
| Colleen McLaughlin | $243,626.53 | $6,938.65 |
| Ortigara's Musicville | $48,725.30 | $1,387.73 |
| Rose Pena | $4,594.00 | $130.84 |
| Action Piano | $1,050.00 | $29.90 |
| Hendricks Piano | $48,725.30 | $1,387.73 |
| Pickle Piano | $48,725.30 | $1,387.73 |
| Egidijus Ramasauskas | $6,000.00 | $170.88 |
| Annetta Reed | $275.00 | $7.84 |
| Roger and Brenda Fane | $775.00 | $22.07 |
| SBC Communications | $1,140.90 | $32.49 |
| Linda Taliaferro | $2,464.63 | $70.19 |
| Steven De Vries | $1,010.00 | $28.77 |
| Hong Xu | $375.00 | $10.68 |

* Will be paid directly to Clerk of Bankruptcy Court pursuant to Fed Rule 3010 of Bankruptcy Procedure

9. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

11. The debtor is a corporation and did not receive a discharge.

12. The Trustee abandons the following property:  bank account and rental security deposits.

For the Court:

Dated: **October 30, 2008**          **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

## SERVICE LIST

**EVENT MARKETING GROUP INC.**
**04 B 30210**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL  60603

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road, Suite 330
Wheaton, IL  60187