IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 04 B 30210 |
| EVENT MARKETING GROUP, INC. | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed
a Trustee's Final Report and final applications for compensation.  A hearing will be
held


     AT: DuPage County Courthouse
       505 N. County Farm Road, Courtroom 4016
       Wheaton, Illinois 60187

     ON:   **December 5, 2008**           AT: **10:00 a.m.**


2.  The hearing will be held for the purpose of ruling on any objections to the Final
Report, ruling on applications for compensation and expenses, and any objections to
the pending applications and transacting such other business as may be properly
noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE
CREDITORS IS WELCOMED BUT NOT REQUIRED.


3.  The Trustee's Final Report shows total

     RECEIPTS                        $212,935.75

     DISBURSEMENTS            $98,306.67

     NET CASH AVAILABLE FOR DISTRIBUTION  $114,629.08

4.  Applications for Chapter 7 fees and administrative expenses have been filed as
follows:


| APPLICANT | COMPENSATION | FEES NOW | EXPENSES |
|---|---|---|---|

|  | PREVIOUSLY PAID | REQUESTED | |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $13,896.79 | $363.47 |
| Attorney Springer Brown Covey Gaertner & Davis | $86,262.50 | $0.00 | $0.00 |
| Accountant Alan D. Lasko & Associates, P.C. | $0.00 | $22,512.90 | $231.64 |
| American Auction Assoc | $4,567.09 | $0.00 | $0.00 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No taxing authorities filed claims in this case.

7. The following creditors filed priority claims in this case totaling $38,523.48, as follows:

| | |
|---|---|
| Scott Beld- wages | $1,194 |
| Margie Best – deposit | $1,000 |
| Kim Brannigan – deposit | $100 |
| Robert Cosey – deposit | $700 |
| James Diorio  - deposit | $2,225 |
| Doyle Farrar – deposit | $2,225 |
| Judi Fuller – deposit | $2,225 |
| Janice Haislet – deposit | $1,000 |
| Erica Henry – deposit | $500 |
| Kade Holiday – deposit | $284.20 |
| Mary Holtorf – deposit | $2,225 |
| Kathleen/Michael Graham – deposit | $2,225 |
| Mark Koserowski – deposit | $2,225 |
| Juanita Larrimore  - deposit | $2,225 |
| Carla McGuire – deposit | $2,225 |
| Maria Peralta – deposit | $1,821.14 |
| Viktoria Piatakova –deposit | $1,821.14 |
| Annetta Reed  - deposit | $2,225 |
| Roger/Brenda Fane – deposit | $2,225 |
| Carlene Sensbrenner – deposit | $1,628 |
| Toni Tengblad – deposit | $1,800 |
| Hong Xu- deposit | $2,225 |
| Evis Budina | $2,200 |

8.  General unsecured creditors filed claims totaling $1,056,884.57 and will receive a
    distribution of 2.8% of the amount of their claims, as follows

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| American Sejung | $283,488.66 | $8,073.95 |
| ComEd | $1,308.64 | $37.27 |
| Cordogan's Pianoland | $48,725.30 | $1,387.73 |
| Marketshare Coupons | $7,200.00 | $205.06 |
| James Diorio | $4,473.66 | $127.41 |
| Discover Financial Svcs | $7,282.31 | $207.41 |
| Marcia Ehrich | $535.18 | $15.24 |
| Doyle Farrer | $1,965.00 | $55.96 |
| Fleet Equipment Center | $1,252.24 | $35.67 |
| Judi Fuller | $1,075.00 | $30.62 |
| Gooding Rubber Co. | $53,815.79 | $1,532.71 |
| Shaw Gussis | $169,708.52 | $4,833.42 |
| Mary Holtorf | $25.13 | $.72     * |
| Whitney Young High School | $3,845.00 | $109.51 |
| Karnes Music | $48,725.30 | $1,387.73 |
| Kathleen/Michael Graham | $495.37 | $14.11 |
| Mark Koserowski | $2,064.35 | $58.79 |
| Juanita Lattimore | $3,105.16 | $88.44 |
| Carla McGuire | $10,307.00 | $293.55 |
| Colleen McLaughlin | $243,626.53 | $6,938.65 |
| Ortigara's Musicville | $48,725.30 | $1,387.73 |
| Rose Pena | $4,594.00 | $130.84 |
| Action Piano | $1,050.00 | $29.90 |
| Hendricks Piano | $48,725.30 | $1,387.73 |
| Pickle Piano | $48,725.30 | $1,387.73 |
| Egidijus Ramasauskas | $6,000.00 | $170.88 |
| Annetta Reed | $275.00 | $7.84 |
| Roger and Brenda Fane | $775.00 | $22.07 |
| SBC Communications | $1,140.90 | $32.49 |
| Linda Taliaferro | $2,464.63 | $70.19 |
| Steven De Vries | $1,010.00 | $28.77 |
| Hong Xu | $375.00 | $10.68 |

* Will be paid directly to Clerk of Bankruptcy Court pursuant to Fed Rule 3010 of
Bankruptcy Procedure

9.  All proposed dividends are approximations.  Actual dividends may differ due to
    interest accrual, fee reductions or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for
    inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

11. The debtor is a corporation and did not receive a discharge.

12. The Trustee abandons the following property:  bank account and rental security deposits.


For the Court:

Dated: **October 30, 2008**                    **KENNETH S. GARDNER**
                                               Kenneth S. Gardner, Clerk
                                               United States Bankruptcy Court


Trustee:  Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 463-6427
          (773) 267-9405 (fax)

## <u>SERVICE LIST</u>

**EVENT MARKETING GROUP INC.**
**04 B 30210**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL  60603

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road, Suite 330
Wheaton, IL  60187

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 3              Date Rcvd: Oct 30, 2008
Case: 04-30210                Form ID: pdf002          Total Served: 185
```

The following entities were served by first class mail on Nov 01, 2008.
```
db                Event Marketing Group Inc,   1203 Butterfield Road,   Downers Grove, IL  60515-1032
aty              +Arthur W Rummler,   Springer, Brown, Covey, Gaertner & Davis,   Wheaton Executive Center,
                  400 S. County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
aty              +Christopher J Hales,   Burke, Burns & Pinelli, Ltd.,   70 W. Madison,   Suite 4300,
                  Chicago, IL 60602-4229
aty              +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
                  Suite 330,   Wheaton, IL 60187-4547
aty              +L. Judson Todhunter,   Defrees & Fiske,   200 S Michigan Ave,   Chicago, IL 60604-2480
aty              +Michael J Davis,   Springer, Brown, Covey, Gaertner, &Davis,   400 S. County Farm Road,
                  Suite 330,   Wheaton, IL 60187-4547
tr               +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
                  Chicago, IL 60625-5104
8393057          +Action Piano,   625 Midnight Pass,   Antioch, IL 60002-2473
8393058          +Alex Schubow,   186 Blueberry Rd.,   Libertyville, IL 60048-2162
8393059          +American Sejung Corp.,   295 Brea Canyon Road,   Walnut, CA 91789-3049
8393060          +Ana Rocio Calderon,   2318 S. Sawyer,   Chicago, IL 60623-3331
8393061          +Andrea Porter,   6203 Santa Barbara Ct.,   Plainfield, IL 60586-5520
8393062          +Annetta Reed,   2725 Lake Park Dr,   Lynwood, IL 60411-1426
8393063          +Arthur Matraszek,   611 Hillside Pl,   Glenview, IL 60025-3918
8543692          +Artur Matraszek,   Richard I Hirsh & Associates PC,   15 Spinning Wheel Rd,   Suite 128,
                  Hinsdale IL 60521-2983
8393064          +Aurora Faith Center,   248 S. Highland,   Aurora, IL 60506-5518
8393065          +Baldwin Piano,   309 Plus Park Blvd,   Nashville, TN 37217-1005
8393066          +Beytekin Alim,   21327 W. Creston Ct.,   Plainfield, IL 60544-7341
8393067          +Binghua Ju,   3746 S. Wallace St.,   Chicago, IL 60609-1676
8393068           Bob Simpson,   8960 S. California,   Evergreen Park, IL 60805
8393069          +Brooke Reily,   3115 Lynette Ln,   Island Lake, IL 60042-9015
8393070          +Bruce Beavis,   311 W. Belden Ave.,   Chicago, IL 60614-6041
8393071          +Bryon Gregory,   1833 Pheasant,   Flossmoor, IL 60422-2047
8393072          +C-Mack Construction,   819 Mary Burne Dr.,   Sauk Village, IL 60411-5079
8393074          +Carla McGuire,   1575 Dietrich Chase Ln,   St. Louis, MO 63021-8078
8712359          +Carlene Sensebrenner,   347 Hillcrest Dr,   Fontana WI 53125-1249
8393075          +Carlene Sensenbrenner,   347 Hillcrest Dr.,   Fontana, WI 53125-1249
8816802          +Caroline L. Schedel,   13816 S. Jane Circle,   Plainfield, IL 60544-7023
8393076           Catherine Sensenbrenner,   1853 Grove Tail Cover,   Bartlett, TN 38135
8393077          +Charlie Gu,   1908 S. Louie Pkwy,   Chicago, IL 60616-5001
8393078          +Clipper Magazine,   3708 Hempland Rd.,   P.O. Box 610,   Mountville, PA 17554-0610
8393079          +Clyde Coyle,   11342 Steeplechase Pkwy,   Orland Park, IL 60467-5892
8393080           Coleman's Professional Piano Moving,   11875 Pigeon Pass Rd,   P.O. Box 524,
                  Moreno Valley, CA 92556-0524
8393081          +Colleen M. McLaughlin,   1751 S. Naperville Rd.,   Suite 209,   Wheaton, IL 60189-5896
8393082          +Com Ed Downers Grove,   Bill Payment Center,   Chicago, IL 60668-0001
8393083           Cordogan Piano,   33 W. 441,   Rt 38,   Geneva, IL 60134
8762921          +Cordogan's Pianoland,   c/o Colleen M McLaughlin,   1751 S Naperville,   Suite 209,
                  Wheaton IL 60189-5896
8393085          +Cynthia Peterson,   402 Mozart Ct.,   Wheaton, IL 60189-2056
8393086          +D&M Moving LLC,   5741 SE Foster Rd.,   Portland, OR 97206-3865
8393087          +Dante Regaldo,   6277 Crossland Blvd.,   Gurnee, IL 60031-4730
8393088          +Darlene Hale,   16054 S. Kedzie,   Harvey, IL 60428-4602
8393089          +Deborah Smith,   5145 W. 190th Pl,   Country Club Hills, IL 60478-5792
8393090          +Dinah Leslie,   1502 Kinross St.,   Flossmoor, IL 60422-4314
8393091          +Don Mckevitt,   74 Deer Ln,   Lemont, IL 60439-6432
8393092          +Doremi USA,   5036 Dr. Phillips Blvd,   Suite 32819,   Orlando, FL 32819-3310
8393093          +Doug Roehrs,   1003 Butterfield Cir E,   Shorewood, IL 60404-8148
8393094          +Doyel Farrar,   1193 Aspen Drive,   Manteno IL 60950-5019
8393095           Dwight Dukes,   6533 S. Bishop St.,   Chicago, IL 60636
8393096          +E.G. Nadhan,   2031 Wicklow Rd.,   Naperville, IL 60564-6132
8393097          +Ed Westell,   729 Arlington Ave.,   Naperville, IL 60565-3435
8393098          +Egidijus Ramasauskas,   604 Brookside Rd.,   Barrington, IL 60010-2008
8393099          +Eleanara Bertolli,   5189 N. Monterey,   Norridge, IL 60706-3245
8393100          +Erica Henry,   POB 615,   Livingston, AL 35470-0615
8393101          +Esquire Piano,   14209 Gannet St.,   La Mirada, CA 90638-5220
8393102          +Evelyn Bradley,   P.O. Box 2131,   Oak Park, IL 60303-2131
8393103          +Evis Budina,   2336 Georgetown Cir,   Aurora, IL 60503-6710
8393104           Fane Roque,   6562 89th Pl,   Chicago, IL 60615
8393105          +Fleet Equipment Center,   555 E. South Frontage Rd.,   Bolingbrook, IL 60440-3065
8393109          +GRK Manufacturing Co.,   1200 Dayton St.,   Hamilton, OH 45011-4220
8393106          +George O. Western,   311 Providence Drive,   Matteson, IL 60443-1190
8393107          +George Schaffer,   3014 Carlyle Ct.,   New Lenox, IL 60451-8618
8393108          +Gooding Rubber Co.,   10321 Werch Drive,   Suite 200,   Woodridge, IL 60517-4813
8763508          +Hendricks Piano,   c/o Colleen M McLaughlin,   1751 S Naperville,   Suite 209,
                  Wheaton IL 60189-5896
8393110          +Hendricks Piano,   421 Maple Ave.,   Downers Grove, IL 60515-3806
8393111          +Hong Xu,   8210 Elmwood Ave., 208,   Skokie, IL 60077-2967
8393112          +Hyeon Tak Kwon,   2452 Oneida,   Naperville, IL 60563-4048
8393114          +IMCP,   213 West Institute Place,   Suite 604,   Chicago, IL 60610-3193
8393113          +Image Media,   642 North Dearborn,   Chicago, IL 60654-5885
8393115          +Infocomm Print,   213 West Institute Place,   Suite 604,   Chicago, IL 60610-3193
8393116          +James Diorio,   8207 Miustone Unit 82A,   Palos Heights, IL 60463
8737977          +James Diorio,   7939 Richardson Lane,   Tinley Park, IL 60487-9238
8393117          +Janice Haislet,   333 Country Ridge Ln,   Bloomingdale, IL 60108-1881
8393118          +Janice Krouse,   962 Wedgewood Ln,   Aurora, IL 60506-6908
8393119          +Jayne Lindgren,   4265 Club Course Dr,   North Charleston, SC 29420-7507
```

District/off: 0752-1          User: amcc7              Page 2 of 3              Date Rcvd: Oct 30, 2008
Case: 04-30210               Form ID: pdf002          Total Served: 185

```
8782398    +Jeffrey L Widman,   Shaw Gussis Fishman Glantz,   Wolfson & Towbin LLC,
            321 N Clark Street Suite 800,   Chicago IL 60654-4766
8393120    +Jessie Schaumburg,   2847 Ediginxon St.,   Franklin Park, IL 60131-2912
8393121    +Jim Hasan,   528 Newsberg Dr.,   Elk Grove Village, IL 60007-2741
8393122    +Jim Kohick,   517 N. West St.,   Wheaton, IL 60187-4078
8393123     Jim McAveeney,   1036 E. Hillside,   Naperville, IL 60540
8393124     Jonathan Nordstrom,   1853 Grove Trail Cover,   Bartlett, TN 38135
8393125    +Josephine Boykin,   9510 S. Constance Ave.,   #704,   Chicago, IL 60617-4771
8393126    +Juan Pena,   1804 Northshore Dr.,   Plainfield, IL 60586-4124
8393127    +Juanita Lattimore,   4801 Essex Way,   Rolling Meadows, IL 60008-3343
8393128    +Judi Fuller,   837 Buttonwood,   Naperville, IL 60540-6348
8393129    +Julie Pusey,   312 Diamond Head,   Des Plaines, IL 60018-1109
8393130    +Julius Saquin,   8835 Mango,   Morton Grove, IL 60053-2539
8393131    +Kade Holiday,   3513 Old Renwick Trail,   Joliet, IL 60435-9222
8763514    +Karnes Music Co,   c/o Colleen M McLaughlin,   1751 S Naperville,   Suite 209,
            Wheaton IL 60189-5896
8393132    +Karnes Piano,   1229 E. Golf Rd.,   Schaumburg, IL 60173-4801
8542853    +Kathleen & Michael Graham,   8 S 040 Creek Dr,   Naperville IL 60540-9593
8393134    +Katie Gazdacka,   1135 Statford Ln,   Lake Zurich, IL 60047-7109
8393135    +Keith E. Kennedy,   872 Crabapple Dr.,   Crystal Lake, IL 60014-1600
8393136    +Kim Brannigan,   30 Pin Oak Ct.,   Burr Ridge, IL 60527-8386
8393137    +Kim Moline,   9 Berk Ln,   Crete, IL 60417-1001
8393138    +Kimberly Gray,   935 Ridge Ct.,   Evanston, IL 60202-1676
8393139    +Kurt Hsiung,   41 Hesterman Drive,   Glendale Heights, IL 60139-1942
8530422    +LINDGREN, JAYNE,   JOHN CONWAY, SULLIVAN HINCKS & CONWAY,   122 W 22ND STREET SUITE 350,
            OAK BROOK, IL 60523-1598
8393140    +Letha Cole,   4800 S. Chicago Beach Dr.,   Chicago, IL 60615-7032
8393141    +Lidia Tolatan,   6857 Knox,   Lincolnwood, IL 60712-2415
8393142     Linda Taliaferro,   2316 Fesave Rd.,   Naperville, IL 60540
8393143    +Lisa Rovner,   949 Chancery Ln,   Cary, IL 60013-3232
8393145    +Lynn Montgomery,   622 Cloverane Drive,   Sycamore, IL 60178-2304
8393146    +Marcia Ehrich,   1227 Harvest Ln,   University Park, IL 60466-3319
8393147     Marcia Grisanzio,   26 W. 151 McCarthrur Ave.,   Carol Stream, IL 60188
8393148    +Maretta Marsh,   110 Iliad,   Tinley Pk, IL 60477-4841
8393149    +Margie Best,   5318 N. Lakewood,   Chicago, IL 60640-2209
8755384    +Maria Peralta,   4048 W Berry,   Chicago IL 60641-5427
8393151    +Mark Bussannas,   24 Firth Rd.,   Inverness, IL 60067-4460
8393152    +Mark Deliman,   1025 Randolph St. Unit 206,   Oak Park, IL 60302-3449
8393153    +Mark Kiser,   424 Pintail Street.   Deerfield, IL 60015-3639
8393154    +Mark Koserowski,   8414 Barnarnd Mill Rd.,   Richmond, IL 60071-9329
8694177    +Marketshare Coupons,   Cosmopolitan Service Corp,   205 S Northwest Highway,
            Park Ridge IL 60068-5802
8393155    +Mary Holtorf,   12065 Barton Avenue,   Huntley IL 60142-7876
8393156    +Mathur Sreedhar,   3340 White Eagle Dr.,   Naperville, IL 60564-4613
8393157    +Matthew Opal,   1211 Edinbough Dr.,   Wheaton, IL 60189-7706
8393158    +Michael Abbate,   36W580 Oakhill Dr.,   Dundee, IL 60118-2545
8393159    +Miguel Solter,   557 W. Cullerton St.,   Chicago, IL 60616-1064
8610687    +Mr & Mrs Roger & Brenda Fane,   656 E 89th Place,   Chicago IL 60619-6834
8393160    +Nancy Cloud,   1302 Chandler Rd,   Huntsville, AL 35801-1410
8393161    +Nancy Malmfeldt,   2503 Richmond,   Joliet, IL 60435-6416
8393162    +Nelson Tabliago,   214 Pepperidge Cir,   Streamwood, IL 60107-2228
8393163    +Norman Cardoza,   411 Green River Ct.,   Schaumburg, IL 60194-4506
8393164    +Olivia Eans,   1357 Eastwood Dr.,   Aurora, IL 60506-6347
8393165    +Onsite Touch-Up & Restoration,   1933 Woodside Lane,   Glendale Heights, IL 60139-2128
8393166    +Ortigara Piano,   19622 LaGrange Rd.,   Mokena, IL 60448-9321
8763588    +Ortigara's Musicvile,   c/o Colleen M McLaughlin,   1751 S Naperville,   Suite 209,
            Wheaton IL 60189-5896
8393167    +Park Pointe Plaza,   745 ELa Road,   Lake Zurich, IL 60047-2337
8393168    +Pat Strobhar,   7655 Somonauk Rd,   Hinckley, IL 60520-6155
8393169    +Patricia Espindola,   1009 Manor Dr.,   Streamwood, IL 60107-2102
8393171    +Patrick J. Sheets,   13152 N. 700 W.,   Demontte, IN 46310-8707
8393170     Patrick J. Sheets,   c/o Donald W. Shelmon,   119.5 North Cullen Street,   Rensselaer, IN 47978
8393172    +Patty Elliott,   3040 Carlton Ct.,   Westchester, IL 60154-5602
8393173    +Patty Sebeski,   3402 Pine Grove Place,   Champaign, IL 61822-6173
8393174    +Paul Demos,   1502 W. Rosemont,   Chicago, IL 60660-1323
8393175    +Paula Hubbard,   21491 Meadowlark Dr.,   Kildeer, IL 60047-7216
9024163    +Paull, Denise L,   1713 N Vine,   Chicago IL 60614-5119
8393176    +Pickle Piano,   104 W. Lake St,   Bloomingdale, IL 60108-1007
8763610    +Pickle Piano Co,   c/o Colleen M McLaughlin,   1751 S Naperville,   Suite 209,
            Wheaton IL 60189-5896
8393177    +Ping Wang,   10811 Preston Pkwy,   Huntley, IL 60142-9025
8393178    +Prakash Varghese,   14151 S. 87th Ave,   Orland Park, IL 60462-4286
8393179    +Rene Cortez,   1606 Waywing Ct.,   Schaumburg, IL 60173-4114
8393180    +Robert Cosey,   2021 W. Hunt,   Chicago, IL 60643-5935
8393181    +Robert Hughes,   776 W. Maple Ave.,   Mundelein, IL 60060-1635
8393182    +Robert Thrush,   26711 Middleton Pkwy,   Mundelein, IL 60060-9124
8393183    +Rola Grazyna,   4956 N. Orange,   Norridge, IL 60706-3224
8393184    +Roland Abellera,   1915 Crosswind Dr.,   Plainfield, IL 60586-2268
8393185    +Romay Corp.,   2738 W. Fitch Avenue,   Chicago, IL 60645-3004
8393186    +Romeo Mactal,   4522 N. Central Ave.,   Chicago, IL 60630-3304
8393187    +Ron Lutzow,   2575 Erie Street,   River Grove, IL 60171-1713
8393188    +Rosa Pena,   4301 W. Diversey Ave.,   Chicago, IL 60639-2027
8567215    +Rose Pena,   4937 W Fulerton Ave,   Chicago IL 60639-2505
8393189    +SBC,   Bill Payment Center,   Chicago, IL 60663-0001
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3            Date Rcvd: Oct 30, 2008
Case: 04-30210               Form ID: pdf002          Total Served: 185

8683382     +SBC Communications Inc,   POB 981268,   West Sacramento CA 95798-1268
8751253     +Scott J Beld,   2214 Fairland Dr,   Sycamore, IL 60178-2606
8393190     +Scott MacIntire,   2694 Charter Oak Dr.,   Aurora, IL 60502-7432
8393191      Scott Muench,   1635 W. Belar,   Chicago, IL 60657
8393192     +Scott Murphy,   1864 Suzy St.,   Sandwich, IL 60548-9245
8393193     +Shaw Gussis,   321 N. Clark St,   Suite 800,   Chicago, IL 60654-4766
9700319     +Stephanie Brennan/ Peter Brennan,   5301 S Newland Ave,   Chicago IL 60638-1126
8393194     +Steve De Vries,   25657 S. Pinewood Ln,   Monee, IL 60449-9341
8393195     +Sue Kim,   404 Fox Meadow,   Northfield, IL 60093-4301
8393196     +Tammy Incaprio,   205 Jake Ln,   Hampshire, IL 60140-8365
8393197     +Tania Pasterz,   492 Cottage Avenue,   Glen Ellyn, IL 60137-4408
8393198      Teresa Gaglione,   1240 E. Thompson,   Wheaton, IL 60187
8393199     +Thatcher Oaks,   718 Industrial Dr.,   Elmhurst, IL 60126-1526
8393200     +The Courier Journal,   P.O. Box 740031,   Louisville, KY 40201-7431
8393201     +Thomas Patterson,   33 N. LaSalle Street,   Suite 3350,   Chicago, IL 60602-3394
8393202     +Time Savers, Inc.,   835 Industrial Drive,   Elmhurst, IL 60126-1107
10457587    +Timothy Voorhees,   Amy L Stikovich / James H Pluymert,   2300 Brrington Rd Suite 220,
              Hoffman Estates, IL 60169-2034
8393204      Toni Tengblad,   1994 Scratch Avenue,   La Farge, WI 54639
8393205     +Viktoria Piatakova,   7435 Pipers Way #7,   Downers Grove IL 60516-4049
8393206      Virginia Willes,   11175 Blakeley Ct.,   West Chicago, IL 60185
8393207     +Wallace Funeral Home,   5838 W. Division,   Chicago, IL 60651-1007
8393208     +Wallrab Carpenigro & Assoc. Inc.,   P.O. Box 487,   Lombard, IL 60148-0487
8393209     +Wayne Lestarczyk,   18018 Hunt Club Dr.,   Mokena, IL 60448-8624
8393210     +Wayne Segedie,   929 Saratoga Pkwy,   Sleepy Hollow, IL 60118-2333
8393211     +Wei Li,   932 Beninford,   Westmont, IL 60559-2666
8393212     +Whitney Young HS,   211 S. Laflin,   Chicago, IL 60607-5397
8782618     +Whitney Young Magnet High School,   Martha Murphy,   211 S Lafin,   Chicago IL 60607-5305
8393213     +Willei Brown Jr.,   4333 W. 175th Pl,   Country Club Hills, IL 60478-4739
8393214      Windy City Movers,   P.O. Box 605,   Barrington, IL 60011-0605
8393215     +Zion Baptist Church,   402 Singleton Place,   Joliet, IL 60436-2943
8393144     +llaxi Patel,   699 Mayfair Dr.,   Carol Stream, IL 60188-4336

The following entities were served by electronic transmission on Oct 31, 2008.
8465260     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                   ComEd Co,
             2100 Swift Drive,   Oakbrok IL 60523-1559
8702479      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2008 05:33:25
             Discover Financial Services Inc,   ATTN Jolene Barrett,   POB 3012,   New Albany OH 43054
                                                                                         TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer Brown Covey Gaertner & Davis LLC
8393084      County of Court Reporters, Inc.
8393203      Todd Young
aty*        +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
             Chicago, IL 60625-5104
8738137*    +Annetta Reed,   2725 Lake Park Dr,   Lynwood, IL 60411-1426
8393073*    +C-Mack Construction,   819 Mary Burne Dr.,   Sauk Village, IL 60411-5079
                                                                               TOTALS: 3, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2008**                                         **Signature:**    *Joseph Speetjens*