UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                         CHAPTER 7

EVENT MARKETING GROUP INC                                      CASE NO. 04-30210

               Debtor(s).                            HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $37,004.80 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $40,748.48 |
| Secured Claims | $9,000.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $27,951.79 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$114,705.07** |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 9,000.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 52 | American Sejung Corp<br>Personal Property & Intangibles-<br>Consensual Liens | $9,000.00 | $9,000.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1)<br>(Chapter 7 costs of<br>administration including<br>Court costs and U.S. Trustee<br>quarterly fees pursuant to<br>28 U.S.C. §1930(6) | $37,004.80 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee<br>Trustee Compensation | $13,896.79 | $13,896.79 |
| | Brenda Porter Helms, Trustee<br>Trustee Expenses | $363.47 | $363.47 |
| | Alan D. Lasko & Associates P.C.<br>Accountant for Trustee Fees | $15,775.40 | $15,775.40 |
| | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Fees | $6,737.50 | $6,737.50 |
| | Alan D. Lasko & Associates P.C.<br>Accountant for Trustee Expenses | $43.97 | $43.97 |
| | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Expenses | $187.67 | $187.67 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 1,194.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 33 | Scott Beld, Wages-- 507 | $1,194.00 | $1,194.00 |
|  | Net for claim 33 |  | $1,194.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 39,554.48 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 57 | Eleanora Bertolli, Deposits-507 | $2,225.00 | $2,225.00 |
| 15 | Margie Best, Deposits-- 507 | $1,000.00 | $1,000.00 |
| 2 | Kim Brannigan, Deposits-507 | $100.00 | $100.00 |
| 16 | Evis Budina, Deposits-- 507 | $2,200.00 | $2,200.00 |
| 35 | Robert Cosey, Deposits-507 | $700.00 | $700.00 |
| 29 | James Diorio, Deposits-- 507 | $2,225.00 | $2,225.00 |
| 31 | Doyel Farrar, Deposits-507 | $2,225.00 | $2,225.00 |
| 17 | Judi Fuller, Deposits-- 507 | $2,225.00 | $2,225.00 |
| 28 | Janice Haislet, Deposits-507 | $1,000.00 | $1,000.00 |

| | | | |
|---|---|---|---|
| 55 | Erica Henry, Deposits-- 507 | $500.00 | $500.00 |
| 24 | Kade Holiday, Deposits-507 | $284.20 | $284.20 |
| 50 | Mary Holtorf, Deposits-- 507 | $2,225.00 | $2,225.00 |
| 5 | Kathleen & Michael Graham Deposits-- 507 | $2,225.00 | $2,225.00 |
| 46 | Mark Koserowski, Deposits-- 507 | $2,225.00 | $2,225.00 |
| 13A | Juanita Lattimore, Deposits-507 | $2,225.00 | $2,225.00 |
| 19 | Carla McGuire, Deposits-- 507 | $2,225.00 | $2,225.00 |
| 34 | Maria Peralta, Deposits-- 507 | $1,821.14 | $1,821.14 |
| 12 | Viktoria Piatakova, Deposits-507 | $1,821.14 | $1,821.14 |
| 30A | Annetta Reed, Deposits-- 507 | $2,225.00 | $2,225.00 |
| 48 | Roger And Brenda Fane Deposits-- 507 | $2,225.00 | $2,225.00 |
| 27 | Carlene Sensenbrenner, Deposits-507 | $1,628.00 | $1,628.00 |
| 32 | Toni Tengblad, Deposits-507 | $1,800.00 | $1,800.00 |
| 14A | Hong Xu Deposits-- 507 | $2,225.00 | $2,225.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 1,056,884.57 | 2.64 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 52A | American Sejung Corp General Unsecured 726 | $283,488.66 | $7,497.52 |
| 1 | Com Ed Co. General Unsecured 726 | $1,308.64 | $34.61 |

| | | | |
|---|---|---|---|
| 36 | Cordogan's Pianoland<br>General Unsecured 726 | $48,725.30 | $1,288.65 |
| 25 | Marketshare Coupons,<br>General Unsecured 726 | $7,200.00 | $190.42 |
| 29A | James Diorio,<br>General Unsecured 726 | $4,473.66 | $118.32 |
| 26 | Discover Financial Services<br>General Unsecured 726 | $7,282.31 | $192.60 |
| 44 | Marcia Ehrich,<br>General Unsecured 726 | $535.18 | $14.15 |
| 31A | Doyel Farrer,<br>General Unsecured 726 | $1,965.00 | $51.97 |
| 8 | Fleet Equipment Center<br>General Unsecured 726 | $1,252.24 | $33.12 |
| 17A | Judi Fuller,<br>General Unsecured 726 | $1,075.00 | $28.43 |
| 20 | Gooding Rubber Co.<br>General Unsecured 726 | $53,815.79 | $1,423.29 |
| 42 | Shaw Gussis,<br>General Unsecured 726 | $169,708.52 | $4,488.34 |
| 50A | Mary Holtorf,<br>General Unsecured 726 | $25.13 | $0.66 * |
| 45 | Whitney Young High School<br>General Unsecured 726 | $3,845.00 | $101.69 |
| 38 | Karnes Music Co<br>General Unsecured 726 | $48,725.30 | $1,288.65 |
| 5A | Kathleen & Michael Graham<br>General Unsecured 726 | $495.37 | $13.10 |

\* To be deposited with Clerk of Court

| | | | |
|---|---|---|---|
| 46A | Mark Koserowski,<br>General Unsecured 726 | $2,064.35 | $54.60 |
| 13 | Juanita Lattimore,<br>General Unsecured 726 | $3,105.16 | $82.12 |
| 19 | Carla McGuire,<br>General Unsecured 726 | $10,307.00 | $272.59 |
| 41 | Colleen McLaughlin,<br>General Unsecured 726 | $243,626.53 | $6,443.28 |
| 39 | Ortigara's Musicville<br>General Unsecured 726 | $48,725.30 | $1,288.66 |
| 10 | Rose Pena,<br>General Unsecured 726 | $4,594.00 | $121.50 |
| 22 | Action Piano,<br>General Unsecured 726 | $1,050.00 | $27.77 |
| 37 | Hendricks Piano<br>General Unsecured 726 | $48,725.30 | $1,288.66 |
| 40 | Pickle Piano,<br>General Unsecured 726 | $48,725.30 | $1,288.65 |
| 11 | Egidijus Ramasauskas,<br>General Unsecured 726 | $6,000.00 | $158.68 |
| 30 | Annetta Reed,<br>General Unsecured 726 | $275.00 | $7.27 |
| 48A | Roger And Brenda Fane<br>General Unsecured 726 | $775.00 | $20.50 |
| 23 | SBC Communications Inc.<br>General Unsecured 726 | $1,140.90 | $30.17 |
| 7 | Linda Taliaferro,<br>General Unsecured 726 | $2,464.63 | $65.19 |

| Claim No. | Creditor | Amount | Final Dividend |
|---|---|---|---|
| 43 | Steven De Vries<br>General Unsecured 726 | $1,010.00 | $26.71 |
| 14 | Hong Xu<br>General Unsecured 726 | $375.00 | $9.92 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 13,229.62 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 47 | Zion Baptist Church<br>Tardy General Unsecured 726 | $3,920.00 | $0.00 |
| 51 | Denise Paull<br>Tardy General Unsecured 726 | $3,456.00 | $0.00 |
| 49 | Caroline Schedel,<br>Tardy General Unsecured 726 | $2,035.64 | $0.00 |
| 53 | Stephanie And Peter Brennan<br>Tardy General Unsecured 726 | $945.98 | $0.00 |
| 54 | Timothy Voorhees,<br>Tardy General Unsecured 726 | $2,872.00 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 3 | Jayne Lundgren, c/o John Conway, 122 W. 22nd St. #350, Oak Brook IL 60523 | $12,050.00 | Disallowed |
| Unsecured | 4 | Rola Grazyna, 4956 N. Orange, Norridge IL 60706 | $4,709.64 | Disallowed |
| Unsecured/ Priority | 6 | Artur Matraszek, c/o Richard Hirsh, 15 Spinning Wheel, Hinsdale IL 60521 | $4,021.87 | Disallowed |
| Unsecured | 21 | E.G. Nadhan, 2031 Wicklow, Naperville IL 60540 | $535.17 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____      _____