UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
EVENT MARKETING GROUP INC § Case No. 04-30210
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 14,809.06 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 77,700.27 | Claims Discharged Without Payment: 1,680,600.99 |
| Total Expenses of Administration: 135,311.47 | |

3) Total gross receipts of $ 213,011.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 213,011.74 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 135,311.47 | 135,311.47 | 135,311.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 350,781.61 | 40,748.48 | 40,748.48 | 40,748.48 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 638,629.01 | 1,070,114.19 | 1,070,114.19 | 27,951.79 |
| **TOTAL DISBURSEMENTS** | $ 989,410.62 | $ 1,255,174.14 | $ 1,255,174.14 | $ 213,011.74 |

4) This case was originally filed under chapter 7 on 08/13/2004. The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2009                By:/s/BRENDA PORTER HELMS, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009) (Page: 2)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OFFICE EQUIPMENT, FURNISHINGS, AND | 1129-000 | 50,354.02 |
| Adversary v. Samuels | 1241-000 | 20,000.00 |
| Two adversaries v. Biascos | 1241-000 | 100,000.00 |
| Adversary v. Chicago Tribune | 1241-000 | 4,500.00 |
| Adversary v. Pearl River | 1241-000 | 35,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 3,157.72 |
| TOTAL GROSS RECEIPTS | | $213,011.74 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN SEJUNG CORP | 4210-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |
| TOTAL SECURED CLAIMS | | $NA | $9,000.00 | $9,000.00 | $9,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 13,896.79 | 13,896.79 | 13,896.79 |
| HELMS, BRENDA PORTER | 2200-000 | NA | 363.47 | 363.47 | 363.47 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 32.64 | 32.64 | 32.64 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 127.72 | 127.72 | 127.72 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 125.32 | 125.32 | 125.32 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 22.91 | 22.91 | 22.91 |
| CENTRAL REPORTERS ASSOCIATED LTD | 2990-000 | NA | 220.00 | 220.00 | 220.00 |
| CENTRAL REPORTERS ASSOCIATED LTD | 2990-000 | NA | 1,913.25 | 1,913.25 | 1,913.25 |
| MCGUIRE'S II, LLC | 2990-000 | NA | 1,392.00 | 1,392.00 | 1,392.00 |

UST Form 101-7-TDR (9/1/2009) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAYCHEX | 2990-000 | NA | 216.00 | 216.00 | 216.00 |
| UNSCRIBE | 2990-000 | NA | 500.00 | 500.00 | 500.00 |
| SPRINGER BROWN COVER GAERTNER & DAV | 3210-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3210-000 | NA | 14,348.00 | 14,348.00 | 14,348.00 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3210-000 | NA | 41,914.50 | 41,914.50 | 41,914.50 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3220-000 | NA | 1,841.84 | 1,841.84 | 1,841.84 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3220-000 | NA | 1,085.40 | 1,085.40 | 1,085.40 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 15,775.40 | 15,775.40 | 15,775.40 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 6,737.50 | 6,737.50 | 6,737.50 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 231.64 | 231.64 | 231.64 |
| ASSOCIATES, AMERICAN AUCTION | 3620-000 | NA | 4,567.09 | 4,567.09 | 4,567.09 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 135,311.47 | $ 135,311.47 | $ 135,311.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Total for Schedule E | | 350,781.61 | NA | NA | 0.00 |
| BELD, SCOTT | 5600-000 | NA | 1,194.00 | 1,194.00 | 1,194.00 |
| BERTOLLI, ELEANORA | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| BEST, MARGIE | 5600-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| BUDINA, EVIS | 5600-000 | NA | 2,200.00 | 2,200.00 | 2,200.00 |
| COSEY, ROBERT | 5600-000 | NA | 700.00 | 700.00 | 700.00 |
| DIORIO, JAMES | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 6)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FARRAR, DOYEL | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| FULLER, JUDI | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| HAISLET, JANICE | 5600-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| HOLIDAY, KADE | 5600-000 | NA | 284.20 | 284.20 | 284.20 |
| HOLTORF, MARY | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| KOSEROWSKI, MARK | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| LATTIMORE, JUANTIA | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| MCGUIRE, CARLA | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| PERALTA, MARIA | 5600-000 | NA | 1,821.14 | 1,821.14 | 1,821.14 |
| PIATAKOVA, VIKTORIA | 5600-000 | NA | 1,821.14 | 1,821.14 | 1,821.14 |
| REED, ANNETTA | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| ROGER AND BRENDA FANE | 5600-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| SENSENBRENNER, CARLENE | 5600-000 | NA | 1,628.00 | 1,628.00 | 1,628.00 |
| TENGBLAD, TONI | 5600-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| BRANNIGAN, KIM | 5600-001 | NA | 100.00 | 100.00 | 100.00 |
| HENRY, ERICA | 5600-001 | NA | 500.00 | 500.00 | 500.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KATHLEEN & MICHAEL GRAHAM | 5600-001 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| XU, HONG | 5600-001 | NA | 2,225.00 | 2,225.00 | 2,225.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 350,781.61 | $ 40,748.48 | $ 40,748.48 | $ 40,748.48 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Total for Schedule F | | 638,629.01 | NA | NA | 0.00 |
| AMERICAN SEJUNG CORP | 7100-000 | NA | 283,488.66 | 283,488.66 | 7,497.52 |
| COM ED CO. | 7100-000 | NA | 1,308.64 | 1,308.64 | 34.61 |
| CORDOGAN'S PIANOLAND | 7100-000 | NA | 48,725.30 | 48,725.30 | 1,288.65 |
| COUPONS, MARKETSHARE | 7100-000 | NA | 7,200.00 | 7,200.00 | 190.42 |
| DIORIO, JAMES | 7100-000 | NA | 4,473.66 | 4,473.66 | 118.32 |
| DISCOVER FINANCIAL SERVICES | 7100-000 | NA | 7,282.31 | 7,282.31 | 192.60 |
| EHRICH, MARCIA | 7100-000 | NA | 535.18 | 535.18 | 14.15 |
| FARRER, DOYEL | 7100-000 | NA | 1,965.00 | 1,965.00 | 51.97 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FLEET EQUIPMENT CENTER | 7100-000 | NA | 1,252.24 | 1,252.24 | 33.12 |
| FULLER, JUDI | 7100-000 | NA | 1,075.00 | 1,075.00 | 28.43 |
| GOODING RUBBER CO. | 7100-000 | NA | 53,815.79 | 53,815.79 | 1,423.29 |
| GUSSIS, SHAW | 7100-000 | NA | 169,708.52 | 169,708.52 | 4,488.34 |
| HOLTORF, MARY | 7100-000 | NA | 25.13 | 25.13 | 0.66 |
| KARNES MUSIC CO | 7100-000 | NA | 48,725.30 | 48,725.30 | 1,288.65 |
| KOSEROWSKI, MARK | 7100-000 | NA | 2,064.35 | 2,064.35 | 54.60 |
| LATTIMORE, JUANITA | 7100-000 | NA | 3,105.16 | 3,105.16 | 82.12 |
| MCGUIRE, CARLA | 7100-000 | NA | 10,307.00 | 10,307.00 | 272.59 |
| MCLAUGHLIN, COLLEEN | 7100-000 | NA | 243,626.53 | 243,626.53 | 6,443.28 |
| ORTIGARA'S MUSICVILLE | 7100-000 | NA | 48,725.30 | 48,725.30 | 1,288.66 |
| PIANO, HENDRICKS | 7100-000 | NA | 48,725.30 | 48,725.30 | 1,288.66 |
| PIANO, PICKLE | 7100-000 | NA | 48,725.30 | 48,725.30 | 1,288.65 |
| REED, ANNETTA | 7100-000 | NA | 275.00 | 275.00 | 7.27 |
| ROGER AND BRENDA FANE | 7100-000 | NA | 775.00 | 775.00 | 20.50 |
| VRIES, STEVEN DE | 7100-000 | NA | 1,010.00 | 1,010.00 | 26.71 |
| HS, WHITNEY YOUNG | 7100-001 | NA | 3,845.00 | 3,845.00 | 101.69 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KATHLEEN & MICHAEL GRAHAM | 7100-001 | NA | 495.37 | 495.37 | 13.10 |
| PENA, ROSE | 7100-001 | NA | 4,594.00 | 4,594.00 | 121.50 |
| PIANO, ACTION | 7100-001 | NA | 1,050.00 | 1,050.00 | 27.77 |
| RAMASAUSKAS, EGIDIJUS | 7100-001 | NA | 6,000.00 | 6,000.00 | 158.68 |
| SBC COMMUNICATIONS INC. | 7100-001 | NA | 1,140.90 | 1,140.90 | 30.17 |
| TALIAFERRO, LINDA | 7100-001 | NA | 2,464.63 | 2,464.63 | 65.19 |
| XU, HONG | 7100-001 | NA | 375.00 | 375.00 | 9.92 |
| CHURCH, ZION BAPTIST | 7200-000 | NA | 3,920.00 | 3,920.00 | 0.00 |
| PAULL, DENISE | 7200-000 | NA | 3,456.00 | 3,456.00 | 0.00 |
| SCHEDEL, CAROLINE | 7200-000 | NA | 2,035.64 | 2,035.64 | 0.00 |
| STEPHANIE AND PETER BRENNAN | 7200-000 | NA | 945.98 | 945.98 | 0.00 |
| VOORHEES, TIMOTHY | 7200-000 | NA | 2,872.00 | 2,872.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 638,629.01 | $ 1,070,114.19 | $ 1,070,114.19 | $ 27,951.79 |

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 04-30210 | SQU | Judge: JOHN SQUIRES |
|---|---|---|---|
| Case Name: | EVENT MARKETING GROUP INC | | |

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 08/13/04 (f)
341(a) Meeting Date: 10/05/04
Claims Bar Date: 12/16/04

For Period Ending: 11/18/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. OFFICE EQUIPMENT, FURNISHINGS, AND | 55,563.00 | 0.00 | | 50,354.02 | FA |
| 2. inventory | 66,430.00 | 0.00 | | 0.00 | FA |
| Included in sale of office equipment, #1 | | | | | |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,157.72 | Unknown |
| 4. BANK ACCOUNTS | 444.39 | 0.00 | DA | 0.00 | FA |
| 5. SECURITY DEPOSITS | 14,364.67 | 0.00 | DA | 0.00 | FA |
| 6. 53' GREAT DANE TRAILER | 12,500.00 | 0.00 | | 0.00 | FA |
| Included in sale of inventory and office equipment, #s 1 & 2 | | | | | |
| 7. Adversary v. Samuels (u) | Unknown | 0.00 | | 20,000.00 | FA |
| 8. Two adversaries v. Biascos (u) | Unknown | 0.00 | | 100,000.00 | FA |
| 9. Adversary v. Chicago Tribune (u) | Unknown | 0.00 | | 4,500.00 | FA |
| 10. Adversary v. American Sejung (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. Adversary v. Pearl River (u) | Unknown | 0.00 | | 35,000.00 | FA |

TOTALS (Excluding Unknown Values)   $149,302.06   $0.00   $213,011.74

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07    Current Projected Date of Final Report (TFR): 12/30/08

/s/   BRENDA PORTER HELMS, TRUSTEE
_____  Date: 11/18/09
BRENDA PORTER HELMS, TRUSTEE

PFORM1

Ver: 15.02

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-30210 -SQU
Case Name: EVENT MARKETING GROUP INC

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7070 Money Market - Interest Bearing

Taxpayer ID No: *******7222
For Period Ending: 11/18/09

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| 10/15/04 | 1 | American Auction Associates 8515 S. Thomas Ave Bridgeveiw IL 60455 | proceeds of inventory sale $50,354.02 also includes sale of inventory | 1129-000 | 50,354.02 | | 50,354.02 |
| 10/29/04 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.64 | | 50,355.66 |
| 11/22/04 | 000101 | American Auction Associates | expense reimbursement | 3620-000 | | 4,567.09 | 45,788.57 |
| 11/23/04 | 000102 | McGuire's II, LLC 200 N. Dearborn Suite 1406 Chicago IL 60601 | court reporter | 2990-000 | | 1,392.00 | 44,396.57 |
| 11/30/04 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.07 | | 44,400.64 |
| 12/31/04 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.81 | | 44,404.45 |
| 01/24/05 | 000103 | Paychex 4300 Weaver Parkway Suite 100 Warrenville IL 60555 | W-2 services | 2990-000 | | 216.00 | 44,188.45 |
| 01/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.77 | | 44,192.22 |
| 02/04/05 | 000104 | Unscribe | copying costs- Donenberg docs | 2990-000 | | 500.00 | 43,692.22 |
| 02/28/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.48 | | 43,700.70 |
| 03/10/05 | 000105 | Central Reporters Associated Ltd 29 E. Madison St. STe 1826 Chicago IL 60602 | Donenberg deposition cost | 2990-000 | | 220.00 | 43,480.70 |
| 03/17/05 | 000106 | International Sureties Ltd Suite 1700 210 Baronne St New Orleans LA 70112 | Trustee bond | 2300-000 | | 32.64 | 43,448.06 |
| 03/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 9.26 | | 43,457.32 |
| 04/22/05 | 000107 | Springer Brown Covey Gaertner & Davis 400 S. County Farm Road Suite 330 Wheaton IL 60187 | ATTORNEYS FEES | 3210-000 | | 20,000.00 | 23,457.32 |
| 04/29/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.92 | | 23,466.24 |
| 05/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.13 | | 23,471.37 |
| 06/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.82 | | 23,476.19 |
| 07/29/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.98 | | 23,481.17 |
| 08/16/05 | 7 | Rally Capital Services LLC 350 N. LaSalle Street Suite 100 Chicago IL 60610 | | 1241-000 | 20,000.00 | | 43,481.17 |
| 08/22/05 | 000108 | Central Reporters Associated Ltd 29 E. Madison Street Suite 1826 Chicago IL 60602 | court reporter | 2990-000 | | 1,913.25 | 41,567.92 |
| 08/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.18 | | 41,584.10 |
| 09/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 20.51 | | 41,604.61 |
| 10/31/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 21.20 | | 41,625.81 |
| 11/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 20.53 | | 41,646.34 |
| 12/30/05 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 21.22 | | 41,667.56 |
| 01/19/06 | 000109 | Springer Brown Cover Gaertner & Davis 400 S. County Farm Road Suite 330 Wheaton IL 60187 | attorneys fees | 3210-000 | | 10,000.00 | 31,667.56 |

PFORM24

Ver: 15.02

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7070 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7222 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 19.92 | | 31,687.48 |
| 02/28/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.57 | | 31,710.05 |
| 03/15/06 | 000110 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium<br>l | 2300-000 | | 22.91 | 31,687.14 |
| 03/31/06 | 8 | John T. Biasco | settlement of fraudulent transfer c | 1241-000 | 66,000.00 | | 97,687.14 |
| 03/31/06 | 8 | John Biasco<br>6222 N. Knox Ave<br>Chicago IL 60646 | settlement of fraudulent transfer c | 1241-000 | 4,000.00 | | 101,687.14 |
| 03/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.93 | | 101,714.07 |
| 04/01/06 | 000111 | Springer Brown Covey Gaertner & Davis<br>400 S. County Farm Road<br>Suite 330<br>Wheaton IL 60187 | ATTORNEYS FEES | 3210-000 | | 14,348.00 | 87,366.07 |
| 04/01/06 | 000112 | Springer Brown Covey Gaertner & Davis<br>400 S. County Farm Road<br>Suite 330<br>Wheaton IL 60187 | attorneys expenses | 3220-000 | | 1,841.84 | 85,524.23 |
| 04/28/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 68.30 | | 85,592.53 |
| 05/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 72.70 | | 85,665.23 |
| 06/28/06 | | Transfer to Acct #*******1943 | Bank Funds Transfer | 9999-000 | | 60,000.00 | 25,665.23 |
| 06/29/06 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 64.07 | | 25,729.30 |
| 06/29/06 | | Transfer to Acct #*******1943 | Final Posting Transfer | 9999-000 | | 25,729.30 | 0.00 |

PFORM24

Ver: 15.02

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1943 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7222 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/06 | | Transfer from Acct #*******7070 | Bank Funds Transfer | 9999-000 | 60,000.00 | | 60,000.00 |
| 06/29/06 | | Transfer from Acct #*******7070 | Transfer In From MMA Account | 9999-000 | 25,729.30 | | 85,729.30 |
| 06/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 7.75 | | 85,737.05 |
| 07/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 94.66 | | 85,831.71 |
| 08/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 94.77 | | 85,926.48 |
| 09/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 93.69 | | 86,020.17 |
| 10/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 109.59 | | 86,129.76 |
| 11/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 106.19 | | 86,235.95 |
| 12/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 109.85 | | 86,345.80 |
| 01/11/07 | 8 | Robbins Salomon & Patt (John Biasco) 25 E. Washington St 10th Flo Chicago IL 60602 | final payment of settlement agmt | 1241-000 | 30,000.00 | | 116,345.80 |
| 01/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 129.66 | | 116,475.46 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 125.32 | 116,350.14 |
| 02/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 134.03 | | 116,484.17 |
| 03/06/07 | 9 | Chicago Tribune 435 N. Michigan Ave Chicago IL 60611 | preference settlement | 1241-000 | 4,500.00 | | 120,984.17 |
| 03/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 152.64 | | 121,136.81 |
| 04/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 149.35 | | 121,286.16 |
| 05/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 154.52 | | 121,440.68 |
| 06/29/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 149.72 | | 121,590.40 |
| 07/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 154.90 | | 121,745.30 |
| 08/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 155.10 | | 121,900.40 |
| 09/21/07 | 11 | Pearl River Piano Group 2260 S. Haven Ave Suite F Ontario CA 91761 | adversary settlement | 1241-000 | 35,000.00 | | 156,900.40 |
| 09/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 155.95 | | 157,056.35 |
| 10/15/07 | 000102 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 41,914.50 | 115,141.85 |
| 10/15/07 | 000103 | Springer Brown Covey Gaertner & Davis | attorney expenses | 3220-000 | | 1,085.40 | 114,056.45 |
| 10/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 158.97 | | 114,215.42 |
| 11/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 112.65 | | 114,328.07 |
| 12/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 116.52 | | 114,444.59 |
| 01/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 88.97 | | 114,533.56 |
| 02/14/08 | 000104 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 127.72 | 114,405.84 |
| 02/29/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 45.36 | | 114,451.20 |
| 03/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 44.09 | | 114,495.29 |
| 04/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 37.54 | | 114,532.83 |
| 05/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.25 | | 114,557.08 |
| 06/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 23.48 | | 114,580.56 |
| 07/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.26 | | 114,604.82 |
| 08/29/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.26 | | 114,629.08 |
| 09/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 23.50 | | 114,652.58 |
| 10/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.200 | 1270-000 | 20.83 | | 114,673.41 |
| 11/28/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.200 | 1270-000 | 18.80 | | 114,692.21 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-30210 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | EVENT MARKETING GROUP INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1943 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7222 | | |
| For Period Ending: | 11/18/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| 12/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 11.54 | | 114,703.75 |
| 01/22/09 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.32 | | 114,705.07 |
| 01/22/09 | | Transfer to Acct #*******7776 | Final Posting Transfer | 9999-000 | | 114,705.07 | 0.00 |

PFORM24

Ver: 15.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7776 Checking - Non Interest |
| Taxpayer ID No: | *******7222 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/22/09 | | Transfer from Acct #*******1943 | Transfer In From MMA Account | 9999-000 | 114,705.07 | | 114,705.07 |
| 01/23/09 | 001001 | Brenda Porter Helms | TRUSTEE | 2100-000 | | 13,896.79 | 100,808.28 |
| 01/23/09 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 363.47 | 100,444.81 |
| 01/23/09 | 001003 | Alan D. Lasko & Associates, P.C. | accountant's fees | 3410-000 | | 15,775.40 | 84,669.41 |
| 01/23/09 | 001004 | Alan D. Lasko & Associates, P.C. | accountant's fees | 3410-000 | | 6,737.50 | 77,931.91 |
| 01/23/09 | 001005 | Alan D. Lasko & Associates, P.C. | accountant expenses | 3420-003 | | 23,164.00 | 54,767.91 |
| 01/23/09 | 001005 | Alan D. Lasko & Associates, P.C. | accountant expenses | 3420-003 | | -23,164.00 | 77,931.91 |
| 01/23/09 | 001006 | Alan D. Lasko & Associates, P.C. | accountant's expenses | 3420-000 | | 231.64 | 77,700.27 |
| 01/23/09 | 001007 | Scott Beld | compensation | 5300-000 | | 1,194.00 | 76,506.27 |
| 01/23/09 | 001008 | Eleanora Bertolli | consumer deposit | 5600-000 | | 2,225.00 | 74,281.27 |
| 01/23/09 | 001009 | Margie Best<br>5318 N. Lakewood<br>Chicago IL 60640 | consumer deposit | 5600-000 | | 1,000.00 | 73,281.27 |
| 01/23/09 | 001010 | Kim Brannigan<br>30 Pin Oak Ct<br>Burr Ridge IL 60527 | consumer deposit | 5600-003 | | 100.00 | 73,181.27 |
| 01/23/09 | 001011 | Evis Budina<br>2336 Georgetown Cir<br>Aurora iL 60504 | consumer deposit | 5600-004 | | 2,200.00 | 70,981.27 |
| 01/23/09 | 001012 | Robert Cosey<br>2021 W. Hunt<br>Chicago IL 60620 | consumer deposit | 5600-000 | | 700.00 | 70,281.27 |
| 01/23/09 | 001013 | James Diorio<br>7911 Trinity Circle<br>Tnley Park IL 60477 | consumer deposit | 5600-000 | | 2,225.00 | 68,056.27 |
| 01/23/09 | 001014 | Doyel Farrar<br>193 Aspen Drive<br>Manteno IL 60950 | consumer deposit | 5600-000 | | 2,225.00 | 65,831.27 |
| 01/23/09 | 001015 | Judi Fuller<br>837 Buttonwood<br>Naperville IL 60540 | consumer deposit | 5600-000 | | 2,225.00 | 63,606.27 |
| 01/23/09 | 001016 | Janice Haislet<br>333 Country Ridge Lane<br>Bloomingdale IL 60108 | consumer deposit | 5600-000 | | 1,000.00 | 62,606.27 |
| 01/23/09 | 001017 | Erica Henry<br>P.O. Box 615<br>Livingston AL 35470 | consumer deposit | 5600-003 | | 500.00 | 62,106.27 |
| 01/23/09 | 001018 | Mary Holtorf<br>12065 Barton Avenue<br>Huntley IL 60142 | consumer deposit | 5600-000 | | 2,225.00 | 59,881.27 |
| 01/23/09 | 001019 | Kathleen & Michael Graham<br>8 S 040 Creek Dr<br>Npaerville IL 60540 | consumer deposit | 5600-003 | | 2,225.00 | 57,656.27 |
| 01/23/09 | 001020 | Mark Koserowski<br>8414 Barnarnd Mill Ro<br>Richmond IL 60071 | consumer deposit | 5600-000 | | 2,225.00 | 55,431.27 |
| 01/23/09 | 001021 | Juanita Lattimore | consumer deposit | 5600-000 | | 2,225.00 | 53,206.27 |
| 01/23/09 | 001022 | CARla McGuire<br>1575 Dietrich Chase Lane | consumer deposit | 5600-000 | | 2,225.00 | 50,981.27 |

PFORM24

Ver: 15.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7776 Checking - Non Interest |
| Taxpayer ID No: | *******7222 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| | | St. Louis MO 63021 | | | | | |
| 01/23/09 | 001023 | Maria Peralta | consumer deposit | 5600-000 | | 1,821.14 | 49,160.13 |
| | | 4048 W. Berry | | | | | |
| | | Chicago IL 60641 | | | | | |
| 01/23/09 | 001024 | Viktoria Piatakova | consumer deposit | 5600-000 | | 1,821.14 | 47,338.99 |
| | | 6530 Double Eagle Dr. #705 | | | | | |
| | | Woodridge IL 60517 | | | | | |
| 01/23/09 | 001025 | Annetta Reed | consumer deposit | 5600-000 | | 2,225.00 | 45,113.99 |
| 01/23/09 | 001026 | Roger and Brenda Fane | consumer deposit | 5600-000 | | 2,225.00 | 42,888.99 |
| | | 656 E. 89th Place | | | | | |
| | | Chicago IL 60619 | | | | | |
| 01/23/09 | 001027 | Carlene Sensenbrenner | consumer deposit | 5600-000 | | 1,628.00 | 41,260.99 |
| | | 347 Hillcrest Dr. | | | | | |
| | | Fontana WI 53125 | | | | | |
| 01/23/09 | 001028 | Toni Tengblad | consumer deposit | 5600-000 | | 1,800.00 | 39,460.99 |
| | | 1994 Scratch Avenue | | | | | |
| | | La Farge WI 54639 | | | | | |
| * 01/23/09 | 001029 | Juanita Lattimore | consumer deposit | 5600-003 | | 2,225.00 | 37,235.99 |
| * 01/23/09 | 001029 | Juanita Lattimore | consumer deposit | 5600-003 | | -2,225.00 | 39,460.99 |
| * 01/23/09 | 001030 | Hong Xu | consumer deposit | 5600-003 | | 2,225.00 | 37,235.99 |
| 01/23/09 | 001031 | American Sejung Corp | final distribution | 7100-000 | | 7,497.52 | 29,738.47 |
| 01/23/09 | 001032 | Com Ed Co. | final distribution | 7100-000 | | 34.61 | 29,703.86 |
| | | 2100 Swift Drive | | | | | |
| | | Oakbrook IL 60523 | | | | | |
| 01/23/09 | 001033 | Cordogan's Pianoland | final distribution | 7100-000 | | 1,288.65 | 28,415.21 |
| | | c/o Colleen McLaughlin #209 | | | | | |
| | | 1751 S. Naperville IL 60187 | | | | | |
| * 01/23/09 | 001034 | Marketshare Coupons | final distribution | 7100-004 | | 190.42 | 28,224.79 |
| | | Cosmopolitan Service Corp | | | | | |
| | | 205 S. Northwest Highway | | | | | |
| | | Park Ridge IL 60068 | | | | | |
| 01/23/09 | 001035 | James Diorio | final distribution | 7100-000 | | 118.32 | 28,106.47 |
| 01/23/09 | 001036 | Discover Financial Services | final distribution | 7100-000 | | 192.60 | 27,913.87 |
| | | Attn: Jolene Barrett | | | | | |
| | | P.O. Box 3012 | | | | | |
| | | New Albany OH 43054 | | | | | |
| 01/23/09 | 001037 | Marcia Ehrich | final distribution | 7100-000 | | 14.15 | 27,899.72 |
| | | 1227 Harvest Lane | | | | | |
| | | University Park IL 60446 | | | | | |
| 01/23/09 | 001038 | Doyel Farrar | final distribution | 7100-000 | | 51.97 | 27,847.75 |
| 01/23/09 | 001039 | Fleet Equipment Center | final distribution | 7100-000 | | 33.12 | 27,814.63 |
| | | 555 E. South Frontage Road | | | | | |
| | | Bolingbrook IL 60440 | | | | | |
| 01/23/09 | 001040 | Shaw Gussis | final distribution | 7100-000 | | 4,488.34 | 23,326.29 |
| | | 321 N. Clark St. #800 | | | | | |
| | | Chicago IL 60610 | | | | | |
| 01/23/09 | 001041 | Clerk of Bankruptcy Court | final distribution | 7100-000 | | 0.66 | 23,325.63 |
| * 01/23/09 | 001042 | Whitney Young HS | final distribution | 7100-003 | | 101.69 | 23,223.94 |
| | | 211 S. Laflin | | | | | |

PFORM24

Ver: 15.02

| Case No: | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7776 Checking - Non Interest |
| Taxpayer ID No: | *******7222 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/23/09 | 001043 | Chicago IL 60628<br>Karnes Music Co<br>c/o Colleen McLaughlin<br>1751 S. Naperville #209<br>Wheaton IL 60187 | final distribution | 7100-000 | | 1,288.65 | 21,935.29 |
| 01/23/09 | 001044 | Kathleen & Michael Graham | final distribution | 7100-003 | | 13.10 | 21,922.19 |
| 01/23/09 | 001045 | Mark Koserowski | final distribution | 7100-000 | | 54.60 | 21,867.59 |
| 01/23/09 | 001046 | Juanita Lattimore<br>4801 Essex Way<br>Rolling Meadows IL 60008 | final distribution | 7100-000 | | 82.12 | 21,785.47 |
| 01/23/09 | 001047 | Carla McGuire | final distribution | 7100-000 | | 272.59 | 21,512.88 |
| 01/23/09 | 001048 | Colleen McLaughlin<br>1751 S. Naperville Rd #209<br>Wheaton IL 60187 | final distribution | 7100-000 | | 6,443.28 | 15,069.60 |
| 01/23/09 | 001049 | Ortigara's Musicville<br>c/o Colleen McLaughlin<br>1751 S. Naperville #209<br>Wheaton IL 60187 | final distribution | 7100-000 | | 1,288.66 | 13,780.94 |
| 01/23/09 | 001050 | Rose Pena<br>4937 W. Fullerton Ave<br>Chicago IL 60639 | final distribution | 7100-003 | | 121.50 | 13,659.44 |
| 01/23/09 | 001051 | Action Piano<br>625 Midnight Pass<br>Antioch IL 60002 | final distribution | 7100-003 | | 27.77 | 13,631.67 |
| 01/23/09 | 001052 | Hendricks Piano<br>c/o Colleen McLaughlin<br>1751 S. Naperville #209<br>Wheaton IL 60187 | final distribution | 7100-000 | | 1,288.66 | 12,343.01 |
| 01/23/09 | 001053 | Pickle Piano<br>c/o Colleen McLaughlin<br>1751 S. Naperville #209<br>Wheaton IL 60187 | final distribution | 7100-000 | | 1,288.65 | 11,054.36 |
| 01/23/09 | 001054 | Egidijus Ramasauskas<br>604 Brookside Rd<br>Barrington IL 60010 | final distribution | 7100-003 | | 158.68 | 10,895.68 |
| 01/23/09 | 001055 | Annetta Reed<br>2725 Lake Park Drive<br>Lynwood IL 60411 | final distribution | 7100-000 | | 7.27 | 10,888.41 |
| 01/23/09 | 001056 | Zion Baptist Church<br>402 Singleton Place<br>Joliet IL 60436 | final distribution | 7200-003 | | 20.50 | 10,867.91 |
| 01/23/09 | 001056 | Zion Baptist Church<br>402 Singleton Place<br>Joliet IL 60436 | final distribution | 7200-003 | | -20.50 | 10,888.41 |
| 01/23/09 | 001057 | SBC Communications Inc.<br>P.O. Box 981268<br>West Sacramento CA 95798 | final distribution | 7100-003 | | 30.17 | 10,858.24 |
| 01/23/09 | 001058 | Linda Taliaferro<br>2316 Fesave Road | final distribution | 7100-003 | | 65.19 | 10,793.05 |

PFORM24

Ver: 15.02

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7776 Checking - Non Interest |
| Taxpayer ID No: | *******7222 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| 01/23/09 | 001059 | Steven De Vries<br>25657 S Pinewood Lane<br>Monee IL 60449 <br>(Naperville IL 60540 above) | final distribution | 7100-000 | | 26.71 | 10,766.34 |
| 01/23/09 | 001060 | Hong Xu<br>8210 Elmwood Ave. #208<br>Skokie IL | final distribution | 7100-003 | | 9.92 | 10,756.42 |
| 01/23/09 | 001061 | American Sejung corp<br>295 Brea Canyon Road<br>Walnut CA 91789 | final distribution | 4210-000 | | 9,000.00 | 1,756.42 |
| 01/23/09 | 001062 | Judi Fuller | final distribution | 7100-000 | | 28.43 | 1,727.99 |
| 01/23/09 | 001063 | Gooding Rubber co.<br>10321 Werch Drive #200<br>Woodridge IL 60517 | final distribution | 7100-000 | | 1,423.29 | 304.70 |
| 01/23/09 | 001064 | Kade Holiday<br>3513 Old Renwick Trail<br>Joliet IL 60435 | consumer deposit | 5600-000 | | 284.20 | 20.50 |
| 01/23/09 | 001065 | Roger and Brenda Fane | final distribution | 7100-000 | | 20.50 | 0.00 |
| 04/01/09 | 001034 | Marketshare Coupons<br>Cosmopolitan Service Corp<br>205 S. Northwest Highway<br>Park Ridge IL 60068 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -190.42 | 190.42 |
| 06/24/09 | 001011 | Evis Budina<br>2336 Georgetown Cir<br>Aurora iL 60504 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 5600-004 | | -2,200.00 | 2,390.42 |
| 06/25/09 | 001010 | Kim Brannigan<br>30 Pin Oak Ct<br>Burr Ridge IL 60527 | consumer deposit | 5600-003 | | -100.00 | 2,490.42 |
| 06/25/09 | 001017 | Erica Henry<br>P.O. Box 615<br>Livingston AL 35470 | consumer deposit | 5600-003 | | -500.00 | 2,990.42 |
| 06/25/09 | 001019 | Kathleen & Michael Graham<br>8 S 040 Creek Dr<br>Npaerville IL 60540 | consumer deposit | 5600-003 | | -2,225.00 | 5,215.42 |
| 06/25/09 | 001030 | Hong Xu | consumer deposit | 5600-003 | | -2,225.00 | 7,440.42 |
| 06/25/09 | 001042 | Whitney Young HS<br>211 S. Laflin<br>Chicago IL 60628 | final distribution | 7100-003 | | -101.69 | 7,542.11 |
| 06/25/09 | 001044 | Kathleen & Michael Graham | final distribution | 7100-003 | | -13.10 | 7,555.21 |
| 06/25/09 | 001050 | Rose Pena<br>4937 W. Fullerton Ave<br>Chicago IL 60639 | final distribution | 7100-003 | | -121.50 | 7,676.71 |
| 06/25/09 | 001051 | Action Piano<br>625 Midnight Pass<br>Antioch IL 60002 | final distribution | 7100-003 | | -27.77 | 7,704.48 |
| 06/25/09 | 001054 | Egidijus Ramasauskas<br>604 Brookside Rd<br>Barrington IL 60010 | final distribution | 7100-003 | | -158.68 | 7,863.16 |
| 06/25/09 | 001057 | SBC Communications Inc. | final distribution | 7100-003 | | -30.17 | 7,893.33 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-30210 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | EVENT MARKETING GROUP INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7776 Checking - Non Interest |
| Taxpayer ID No: | *******7222 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| 06/25/09 | 001058 | P.O. Box 981268 West Sacramento CA 95798 Linda Taliaferro | final distribution | 7100-003 | | -65.19 | 7,958.52 |
| 06/25/09 | 001060 | 2316 Fesave Road Naperville IL 60540 Hong Xu | final distribution | 7100-003 | | -9.92 | 7,968.44 |
| 06/25/09 | 001066 | 8210 Elmwood Ave. #208 Skokie IL United States Bankruptcy Court IL | final distribution | 7100-001 | | 9.92 | 7,958.52 |
| 06/25/09 | 001067 | Marketshare Coupons | final distribution - reissued | 7100-000 | | 190.42 | 7,768.10 |
| 06/25/09 | 001068 | United States Bankruptcy Court IL | final distribution | 7100-001 | | 158.68 | 7,609.42 |
| 06/25/09 | 001069 | United States Bankruptcy Court IL | consumer deposit | 5600-001 | | 500.00 | 7,109.42 |
| 06/25/09 | 001070 | United States Bankruptcy Court IL | final distribution | 7100-001 | | 27.77 | 7,081.65 |
| 06/25/09 | 001071 | United States Bankruptcy Court IL | final distribution | 7100-001 | | 121.50 | 6,960.15 |
| 06/25/09 | 001072 | United States Bankruptcy Court IL | final distribution | 7100-001 | | 65.19 | 6,894.96 |
| 06/25/09 | 001073 | United States Bankruptcy Court IL | final distribution | 7100-001 | | 13.10 | 6,881.86 |
| 06/25/09 | 001074 | United States Bankruptcy Court IL | consumer deposit | 5600-001 | | 2,225.00 | 4,656.86 |
| 06/25/09 | 001075 | United States Bankruptcy Court IL | consumer deposit | 5600-001 | | 2,225.00 | 2,431.86 |
| 06/25/09 | 001076 | United States Bankruptcy Court IL | final distribution | 7100-001 | | 30.17 | 2,401.69 |
| 06/25/09 | 001077 | Evis Budina | Final Distribution | 5600-000 | | 2,200.00 | 201.69 |
| 06/25/09 | 001078 | United States Bankruptcy Court IL | consumer deposit | 5600-001 | | 100.00 | 101.69 |
| 06/25/09 | 001079 | United States Bankruptcy Court IL | final distribution | 7100-001 | | 101.69 | 0.00 |

Total Of All Accounts 0.00

PFORM24 Ver: 15.02